| | | |
|---|---|---|
| **Date:** April 10, 2019 | **Time:** 1 hour, 3 minutes | **Judge:** NATHANAEL M. COUSINS |
| **Case No.:** 18-cv-02585-NC | **Case Name:** Citcon USA, LLC v. RiverPay, Inc., et al | |

**Attorney for Plaintiff:** James Li

**Attorneys for Defendants:** Elizabeth Pipkin, James McManis, Marwa Elzankaly,

| | |
|---|---|
| **Deputy Clerk:** Lili Harrell | **FTR Recording:** 10:29am – 11:02am<br>11:40am – 12:10pm |

## PROCEEDINGS

Discovery Hearing and Further Case Management Conference held.

1. The Court sets May 22, 2019 at 2:00 p.m. for hearing on motion for summary judgment and further case management conference. Discussion of Wang deposition is continued to May 22 CMC.

2. Defendants' discovery brief ECF 160, stipulated in part, with Citcon to produce certain supplements by April 17. As to Hua, Rog 6, Riverpay Doc. 21, and Shi Doc 18, defendants' requests denied for the reasons stated on the record, with not costs or fees awarded to either party.

3. Citcon's motion for sanctions ECF 164, deferred, with update joint statement due 4/24.

4. Plaintiff's request for leave to amend to add new claims and party, denied for lack of good cause on oral record, with plaintiff encouraged to file written motion supported by facts of law.

5. Deadline for expert disclosure and reports extended for all parties from June 7 to June 14.

6. The Court imposes a 72 hour deadline for printouts of source code that are requested under the terms of the protective order.