| | |
|---|---|
| LiLaw Inc., a Law Corporation<br>J. James Li, Ph.D. (SBN 202855)<br>Email: lij@lilaw.us<br>Andrew M. Pierz (SBN 292970)<br>5050 El Camino Real, Suite 200<br>Los Altos, California 94022<br>Telephone: (650) 521-5956<br>Facsimile: (650) 521-5955<br><br>Attorneys for Plaintiff and Counter-Defendant Citcon USA LLC, and Counter-Defendant Wei Jiang | JAMES McMANIS (40958)<br>ELIZABETH PIPKIN (243611)<br>CHRISTINE PEEK (234573)<br>CHRISTOPHER ROSARIO (326436)<br>McMANIS FAULKNER<br>a Professional Corporation<br>50 West San Fernando Street, 10th Floor<br>San Jose, California 95113<br>Telephone:   (408) 279-8700<br>Facsimile:   (408) 279-3244<br>Email:         epipkin@mcmanislaw.com<br><br>Attorneys for Defendants and Counter-Claimants, RiverPay Inc., a Canadian corporation, RiverPay, Inc., a Delaware corporation, and Kenny E Shi, and defendant Yue ("York") Hua |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, YUE HUA, a.k.a., YORK HUA, an individual, KENNY E SHI, an individual, and DOES 1 through 20,<br><br>　　　　　Defendants.<br><br>RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, and KENNY E SHI, an individual,<br><br>　　　　　Counter-Claimants,<br><br>　　v.<br><br>CITCON USA, LLC, a California limited liability company, WEI JIANG, an individual, and DOES 1 through 20,<br><br>　　　　　Counter-Defendants. | Case No. 5:18-cv-02585-NC<br><br>**JOINT PROPOSED VOIR DIRE**<br><br>**Pretrial Conf.**: November 20, 2019<br>**Time**:　　　2:00 p.m.<br>**Ctrm**:　　　5, 4th Floor<br>**Judge**:　　 The Hon. Nathanael Cousins<br><br>**Trial Date**:　December 9, 2019 |

JOINT PROPOSED VOIR DIRE; Case No. 5:18-cv-02585-NC

Pursuant to Section II.F of ECF 169, the parties jointly submit the following proposed jury questionnaire and proposed voir dire questions:

I. **JOINTLY PROPOSED JURY QUESTIONNAIRE.**

See Exhibit A.

II. **PLAINTIFF'S AND COUNTER-DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS.**

1. Does anybody here who works for a company think it is OK to take the company's confidential information and use it your own benefit?

    **Objection**: Defendants object to plaintiff's proposed question 1 on the ground that its dominant purpose is to precondition jurors to a particular result. *See Mixed Chicks LLC v. Sally Beauty Supply LLC*, 879 F. Supp. 2d 1093, 1094 (C.D. Cal. 2012) (purpose of voir dire is "not to indoctrinate, inculcate, influence, insinuate, inform, or ingratiate"); *accord* Cal. Code Civ. Proc. § 222.5(b)(3) ("an 'improper question' is any question that, as its dominant purpose, attempts to precondition the prospective jurors to a particular result, indoctrinate the jury, or question the prospective jurors concerning the pleadings or the applicable law").

    If their objection is overruled, defendants request that the Court also ask the following question: Does anyone here think that it is wrong or illegal to leave your company and start a competing business?

    Citcon's response: it's designed to reveal jury bias. The same responses to the other objections below.

2. Does anyone here who has worked for a technology company as a contractor thinks it is OK to take the company's confidential information and use it for your own benefit?

    **Objection**: Defendants object to plaintiff's proposed question 2 on the ground that its dominant purpose is to precondition jurors to a particular result. *See Mixed Chicks*, 879 F. Supp. 2d at 1094; *accord* Cal. Code Civ. Proc. § 222.5(b)(3).

3. Does anybody here believe that for a contract to be effective there must be a written contract signed by all the parties?

    **Objection**: Defendants object to plaintiff's proposed question 3 on the grounds

that its dominant purpose is to precondition jurors to a particular result, and that it tends to mislead jurors as to the relevant law. *See Mixed Chicks*, 879 F. Supp. 2d at 1094; *accord* Cal. Code Civ. Proc. § 222.5(b)(3).

4. Has anybody here heard about the Coca cola recipe being a valuable trade secret?

**Objection**: Defendants object to plaintiff's proposed question 4 on the ground that its dominant purpose is to precondition jurors to a particular result. *See Mixed Chicks*, 879 F. Supp. 2d at 1094; *accord* Cal. Code Civ. Proc. § 222.5(b)(3).

If their objection is overruled, defendants request that the Court also ask the following question: Has anyone here heard that some information that was publicly reported about the secrecy of the Coca cola recipe is an urban legend?

5. Does anybody here believe that a computer code cannot be a trade secret if it can be broken into parts that are publicly available?

**Objection**: Defendants object to plaintiff's proposed question 5 on the ground that its dominant purpose is to precondition jurors to a particular result, and that it tends to mislead jurors as to the relevant law. *See Mixed Chicks*, 879 F. Supp. 2d at 1094; *accord* Cal. Code Civ. Proc. § 222.5(b)(3).

### III. DEFENDANTS' AND COUNTER-CLAIMANTS' PROPOSED VOIR DIRE QUESTIONS.

Defendants and counter-claimants propose the following voir dire questions:

1. Is anyone here uncomfortable with or intimidated by technology?
2. Do you have any knowledge about patents or trade secrets? If so, describe.
3. Have any of you, or anyone in your family, ever worked for a company whose business included patented or trade secret protected products?
   a. If so, describe the experience.
   b. Did you stay (are you still) at that company?
   c. After that, did you ever work for a company that made similar or related products?
   d. Was it easy for you go make the move from the first company to the second company (or third …)?

       e. If difficult, what made it difficult?

4. Has anyone here ever left the employment of a company to start a competing business?

5. Has anyone here owned a company and had employees leave to start a competing business?

6. How many of you use a credit card?

7. How many of you use more than one credit card? Why?

8. How many of you have ever used an electronic payment system, such as Stripe, Venmo, or Apple Pay?

9. Specifically, has anyone used AliPay? WeChat Pay? Union Pay?

10. You may see some exhibits in this case that have been translated from Chinese to English. Is there anyone here who knows Chinese, and if so, do you feel you can accept the translator's translation rather than any translation that you might make for yourself?

11. Who among you considers themselves to be a leader?

12. Who among you considers themselves to be a follower?

13. Is there anything about you that has not yet come up that might prevent you from serving as an impartial juror in this case?

DATED: November 5, 2019      LILAW, INC.

/s/ J. James Li
J. JAMES LI
ANDREW M. PIERZ

Attorneys for Plaintiff and Cross-Defendants

DATED: November 5, 2019      McMANIS FAULKNER

/s/ Christine Peek
CHRISTINE PEEK

Attorneys for Defendants and Cross-Complainants

**EXHIBIT A**

**Confidential Juror Questionnaire**

**Please do not discuss this questionnaire with anyone.**

Fill out this questionnaire completely.  The answers you provide are given under oath and under penalty of perjury.  If you need more room to write the answer, continue in the Explanation Sheet at the end of this questionnaire.  If you do this, please be careful to note the question number for your continuation answer.  There are no right or wrong answers on a jury questionnaire, only honest ones.

If you are uncertain about the answer to any question, place a question mark ("?") after that question.  Later, when you are examined in court, you may explain your uncertainty and the subject matter can be discussed more fully.

1. Name: _____

2. Address: _____

3. Occupation: _____

4. Age: _____

5. Are you:    Single _____            Separated _____

   Living with someone _____            Divorced _____

   Married _____                    Widowed _____

   a. Is/was your spouse/partner employed?  Yes _____ No _____

   b. If yes, what is the name of his/her employer? _____
   _____

6. Do you have children?  _____

   If your children are adults, what are their occupations and, if known, their employers? _____

   _____

7.  Are you currently:  (circle one)

    a.  Employed            c.  A student            e.  Retired

    b.  Unemployed          d.  A Homemaker

8.  If you are currently working, who is your employer? _____
    _____

9.  What are the names of the companies you have worked for during the past 10 years?
    _____
    _____

10. Have you ever worked in the high tech industry?  If yes, who was your

    employer and what was your position? _____
    _____

11. Have you ever worked in a job that required knowledge of (check all that apply):

    _____    Computer Programming

    _____    Law

    _____    Electronic Payment Processing

    _____    Point-of-sale devices

    _____    Engineering

    _____    Hiring and Firing

    _____    Drafting, negotiating or executing contracts

    _____    Working with independent contractors

    _____    Accounting or finance related tasks or responsibilities

2

12. Have you, or close friends or relatives, ever worked for, or had any experience with any of the following companies?

  \_\_\_\_ Citcon

  \_\_\_\_ RiverPay

  \_\_\_\_ Dino Lab Inc.

  \_\_\_\_ WeChat/Tencent

  \_\_\_\_ Alipay/Ant Financial Services Group

  \_\_\_\_ NihaoPay

  \_\_\_\_ First Data Corporation

  \_\_\_\_ Stripe

  \_\_\_\_ Ayden

  \_\_\_\_ Nordstrom

  \_\_\_\_ Kering

  \_\_\_\_ Prada

  \_\_\_\_ Louis Vuitton (LVMH)

If you checked any of the above boxes, please identify the individual who worked for the company and provide a brief description of their role at the company (if known).

_____

_____

13. Do you have close friends or relatives who are lawyers or paralegals? _____

14. What was the last grade you completed in school? _____

15. Do you have any specialized training? _____

16. Do you have training or experience in any of the following areas?

  (Check all that apply.)

   _____ Law

3

_____    Accounting

_____    Sales of high technology products

_____    Executing or negotiating contracts

_____    Engineering

_____    Finance

_____    Electronics

_____    Computer Programming

_____    Patents or Trade Secrets

17. Please indicate with which terms below (if any) you are familiar:

Source Code _____

Source Code Repository _____

NDA _____

Coding _____

Copyright _____

Intellectual Property _____

Confidentiality Agreements _____

Version Control _____

Subversion _____

Github _____

Algorithm _____

Trade Secrets _____

AliPay _____

WeChat Pay _____

UnionPay _____

If you are familiar with any of these terms, how did you become familiar with them?
_____

18. Have you ever paid for something using a mobile device by scanning a QR code? _____

4

19. Have you, or someone close to you, ever sued anyone? _____

    If yes, were you satisfied with the outcome? _____

20. Have you, or someone close to you, ever been sued? _____

    If yes, were you satisfied with the outcome? _____

21. Has the company for which you work ever been sued? _____

    If yes, for what? _____

    Were you and the company satisfied with the outcome? _____

22. Have you ever served as a juror on a criminal or civil case? _____

    a.  Did the jury (or juries) reach a verdict? _____

    b.  Was the verdict (or verdicts) unanimous? _____

    a.  How much did you enjoy being a juror (Circle One)

        Not at all     Not much     Somewhat     Quite a bit

23. If you were involved in a civil lawsuit, would you rather have it decided by

    a judge_____     or     a jury_____

    Why is that?_____

24. Have you or anyone close to you ever participated in the legal system, as a witness or as an expert? _____ If yes, please explain _____

25. What are your hobbies or strong interests? _____

26. Have you ever started your own business? _____ If yes, please explain_____

27. Have you ever been involved in a startup company or done business with a startup company? _____ Explain _____

28. Have you ever owned or operated your own business? _____

    If yes, please describe the type of business and dates owned or operated:

    _____

29. Have you or anyone close to you ever invented or tried to invent something? _____

    b. If yes, what was the invention_____ _____

    b. Was a patent applied for? _____     c. Was it granted? _____

    d.   Have you ever been in a work situation which involved trade secrets or patents? If yes, please describe: _____

    _____

30. Have you ever tried to obtain a copyright for a song you wrote, a poem, a story or

    an article you wrote?   Yes____   No_____   If your answer to any these is yes, please explain

    _____

    **CIRCLE THE RESPONSE THAT BEST REFLECTS YOUR OPINION**

31. I consider myself pro-worker rather than pro-business.

    Strongly agree     Agree        Disagree     Strongly disagree

32. Technology frightens me.

    Strongly agree     Agree        Disagree     Strongly disagree

33. The only responsibility of business is to make money.

    Strongly agree     Agree        Disagree     Strongly disagree

34. There are too many lawsuits.

    Strongly agree     Agree        Disagree     Strongly disagree

6

35. When someone takes the trouble to sue, they have suffered some wrong and are entitled to recover something.

    Strongly agree     Agree     Disagree     Strongly disagree

36. Patent and trade secret laws create unfair monopolies.

    Strongly agree     Agree     Disagree     Strongly disagree

37. Do you speak any languages other than English? _____ Which one(s)? _____

    _____

    Do you speak any Chinese dialect? _____ If so, which one(s)? _____

38. How is your health? _____

    c.  Is sitting for long periods of time difficult for you? _____

    d.  Do you find it difficult to see or hear? _____

39. Do you take any medication that make you tired or drowsy, or might they interfere with your ability to sit on a jury?
    _____

40. From the little you have heard about this case, would you want yourself as a juror? _____

    Why? _____

41. What else should we know about you? _____

    _____

    _____

    *** Please turn to the next page ***

7

42. Please circle any of the following with whom you are acquainted or of whom you have heard.

   a. Yue ("York") Hua

   b. Kenny E Shi

   c. Ran ("Ryan") Zheng

   d. Fangwei ("Simon") Han

   e. Chunbo ("Chuck") Huang

   f. Wei Jiang

   g. Jiang ("Evelyn") Yang

   h. Xu ("Eric") Yin

   i. Shaohua ("Frank") Wang

   j. Nick Ferrara

   k. Dean Sirovica, Ph.D.

   l. Dominic M. Persechini

   m. Russell Mangum III, Ph.D.

   n. Mark Eskridge

   o. Michael Kunkel

   p. J. James Li

   q. Andrew M. Pierz

   r. Elizabeth Pipkin

   s. Christine Peek

   t. Marwa Elzankaly

# EXPLANATION SHEET

**(If you would like to elaborate on any of your answers, please do so in the space below.  Be sure to indicate the number of the question you are explaining.**

**Also, if there are things you would prefer to discuss privately with the judge, please indicate that below.)**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____     _____
                                                                    Signature of Juror