

| | |
|---|---|
| LiLaw Inc., a Law Corporation<br>J. James Li, Ph.D. (SBN 202855)<br>Email: lij@lilaw.us<br>Andrew M. Pierz (SBN 292970)<br>5050 El Camino Real, Suite 200<br>Los Altos, California 94022<br>Telephone: (650) 521-5956<br>Facsimile: (650) 521-5955<br><br>Attorneys for Plaintiff and Counter-Defendant Citcon USA LLC, and Counter-Defendant Wei Jiang | JAMES McMANIS (40958)<br>ELIZABETH PIPKIN (243611)<br>CHRISTINE PEEK (234573)<br>CHRISTOPHER ROSARIO (326436)<br>McMANIS FAULKNER<br>a Professional Corporation<br>50 West San Fernando Street, 10th Floor<br>San Jose, California 95113<br>Telephone: (408) 279-8700<br>Facsimile: (408) 279-3244<br>Email: epipkin@mcmanislaw.com<br><br>Attorneys for Defendants and Counter-Claimants, RiverPay Inc., a Canadian corporation, RiverPay, Inc., a Delaware corporation, and Kenny E Shi, and defendant Yue ("York") Hua |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, YUE HUA, a.k.a., YORK HUA, an individual, KENNY E SHI, an individual, and DOES 1 through 20,<br><br>　　　　Defendants.<br><br>RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, and KENNY E SHI, an individual,<br><br>　　　　Counter-Claimants,<br><br>　　v.<br><br>CITCON USA, LLC, a California limited liability company, WEI JIANG, an individual, and DOES 1 through 20,<br><br>　　　　Counter-Defendants. | Case No. 5:18-cv-02585-NC<br><br>**JOINT PROPOSED ORDER RE: TRIAL STIPULATIONS**<br><br>**Pretrial Conf.**: November 20, 2019<br>**Time**: 2:00 p.m.<br>**Ctrm**: 5, 4th Floor<br>**Judge**: The Hon. Nathanael Cousins<br><br>**Trial Date**: December 9, 2019 |

JOINT PROPOSED ORDER RE: TRIAL STIPULATIONS; Case No. 5:18-cv-02585-NC

Pursuant to Section II.A of ECF 169, the parties jointly submit the following Proposed Order Re: Trial Stipulations:

**[PROPOSED] ORDER**

The parties have agreed to the following stipulations regarding the conduct of the trial in this matter:

1. Witnesses shall be excluded from the courtroom so they cannot hear other witnesses' testimony, with the exception of clients, client representatives, experts, and others authorized to be present under Rule 615 of the Federal Rules of Evidence. *See* Fed. R. Evid. 615.

2. All evidence made inadmissible by Rule 408 of the Federal Rules of Evidence, and all mediation and settlement communications, shall be excluded. *See* Fed. R. Evid. 408.

3. Slides to be used during opening statements, closing arguments or witness testimonies should be served on the other side by email no later than 12 hours before the slides are used according to the Parties' email service agreement. Any objections to the slides should be raised with the Court in the morning before the jury session begins or in the afternoon after the jury session.

4. Demonstratives to be used at trial, other than slides, must be served on the other side at least 24 hours before they are used. In the case of an actual object as a demonstrative exhibit, a picture thereof should be served with adequate descriptions.

5. Daily trial transcripts should be prepared.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
THE HON. NATHANAEL COUSINS
U.S. District Court Magistrate Judge