

| | | |
|---|---|---|
| 1 | LiLaw Inc., a Law Corporation | JAMES McMANIS (40958) |
| 2 | J. James Li, Ph.D. (SBN 202855)<br>Email: lij@lilaw.us | ELIZABETH PIPKIN (243611)<br>CHRISTINE PEEK (234573) |
| 3 | Andrew M. Pierz (SBN 292970)<br>5050 El Camino Real, Suite 200 | CHRISTOPHER ROSARIO (326436)<br>McMANIS FAULKNER |
| 4 | Los Altos, California 94022<br>Telephone: (650) 521-5956 | a Professional Corporation<br>50 West San Fernando Street, 10th Floor |
| 5 | Facsimile: (650) 521-5955 | San Jose, California 95113<br>Telephone:   (408) 279-8700 |
| 6 | Attorneys for Plaintiff and Counter-Defendant | Facsimile:    (408) 279-3244<br>Email:           epipkin@mcmanislaw.com |
| 7 | Citcon USA LLC, and Counter-Defendant<br>Wei Jiang | Attorneys for Defendants and Counter- |
| 8 | | Claimants, RiverPay Inc., a Canadian<br>corporation, RiverPay, Inc., a Delaware |
| 9 | | corporation, and Kenny E Shi, and defendant<br>Yue ("York") Hua |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | CITCON USA LLC, | Case No. 5:18-cv-02585-NC |
| 13 |           Plaintiff, | **JOINT WITNESS LIST** |
| 14 | v. | |
| 15 | RIVERPAY INC., a Canadian corporation,<br>RIVERPAY, INC., a Delaware corporation, | **Pretrial Conf.**: November 20, 2019 |
| 16 | YUE HUA, a.k.a., YORK HUA, an individual,<br>KENNY E SHI, an individual, and DOES 1 | **Time**:            2:00 p.m.<br>**Ctrm**:            5, 4th Floor |
| 17 | through 20, | **Judge**:           The Hon. Nathanael Cousins |
| 18 |           Defendants. | **Trial Date**:    December 9, 2019 |
| 19 | | |
| 20 | RIVERPAY INC., a Canadian corporation,<br>RIVERPAY, INC., a Delaware corporation, | |
| 21 | and KENNY E SHI, an individual, | |
| 22 |           Counter-Claimants, | |
| 23 | v. | |
| 24 | CITCON USA, LLC, a California limited<br>liability company, WEI JIANG, an individual, | |
| 25 | and DOES 1 through 20, | |
| 26 |           Counter-Defendants. | |

JOINT WITNESS LIST; Case No. 5:18-cv-02585-NC

Pursuant to Section II.B of ECF 169, the parties jointly submit the following list of witnesses likely to be called at trial (other than solely for impeachment or rebuttal):

I. **PLAINTIFF'S WITNESS LIST.**

| NO. | NAME | SUBSTANCE OF TESTIMONY | TIME (Hr.) |
|---|---|---|---|
| 1. | Chunbo Huang | The founding of Citcon and development of Citcon's payment engine and customer base; Hua and Dino Lab as Citcon's coding contractors; Hua and Shi as Citcon's employees; Citcon's code repository; Citcon's vault system; Citcon's trade secrets; Citcon's conversion claim re the refund attack; Citcon's conversion claim re POS device; Citcon's damages and reasonable royalty. | 5 |
|  | Cross & Redir |  | 3 |
| 2. | Frank Wang | Video testimony re investigation of Shi and Dropbox account | 1 |
| 3. | Dropbox | Authenticating production documents | 0.2 |
| 4. | Eric Yin | Investigation of Shi and Dropbox account | 0.4 |
|  | Cross & Redir |  | 0.2 |
| 5. | Kenny Shi | Video testimony re his employment at Citcon and RiverPay and his downloading of Citcon's documents | 0.6 |
| 6. | Mark Eskridge | Forensic investigation of Shi's laptop computer | 1 |
|  | Cross & Redir |  | 1 |
| 7. | York Hua | Video testimony re his employment at Citcon and at RiverPay; the history of Dino Lab. | 1.0 |
| 8. | Evelyn Yang | Her meeting with Hua. | 0.4 |
|  | Cross & Redir |  | 0.2 |
| 9. | Ryan Zheng | Video testimony re Dino and RiverPay | 0.5 |
| 10. | Wei Jiang | Meeting with Ryan Zheng; The documents that Shi downloaded before he left Citcon. | 1 |
|  | Cross & Redit |  | 0.5 |
| 11. | Simon Han | The origins of Dino Lab and River Pay; RiverPay's fundraising. | 1.5 |
|  | Cross & Redir |  | 1.0 |
| 12. | Nick Ferrara | Expert video testimony re source code | 0.3 |
| 13. | Dean Sirovica | Expert testimony re the misappropriation of source code. | 4 |
|  | Cross & Redir |  | 4 |
| 14. | Dominic Persechini | Expert testimony re unjust enrichment damages for misappropriation of trade secrets | 1 |
|  |  | Total | =27.8 |

///

///

///

1

JOINT WITNESS LIST; Case No. 5:18-cv-02585-NC

II. **DEFENDANTS' AND COUNTER-CLAIMANTS' WITNESS LIST.**

Defendants and counter-claimants anticipate they will call the following witnesses at trial (other than solely for impeachment or rebuttal, and not including experts):

| NO. | NAME | SUBSTANCE OF TESTIMONY | TIME ESTIMATE |
|---|---|---|---|
| 1. | York Hua | Facts and circumstances regarding the following: RiverPay's business and Hua's role in it; Hua's work on payment products for and on behalf of other third parties; Hua's and third party Dino Lab Inc.'s work for Citcon; Hua's consulting work and work history; Citcon's business practices; facts and circumstances relating to RiverPay's counter-claims for defamation, trade libel, interference, and unfair competition. | 2-4 hours |
| 2. | Kenny Shi | Facts and circumstances regarding the following: RiverPay's business and Shi's role in it; development of source code; Shi's and third party Dino Lab Inc.'s work for Citcon; Shi's work history; Citcon's allegations of misappropriation of non-source code trade secrets; Citcon's business practices; facts and circumstances relating to RiverPay's counterclaims and Shi's counter-claims for breach of contract and breach of the covenant of good faith and fair dealing. | 2-4 hours |
| 3. | Ryan Zheng | Facts and circumstances regarding the following: RiverPay's business and Zheng's role in it; Citcon's business practices; the formation of third party Dino Lab Inc. and Zheng's role in it; facts and circumstances relating to RiverPay's counter-claims for defamation, trade libel, interference, and unfair competition. | 1-2 hours |
| 4. | Simon Han | Facts and circumstances regarding the following: RiverPay's business and Han's role in it; Citcon's business practices; the formation of third party Dino Lab Inc. and Han's role in it; facts and circumstances relating to RiverPay's counter-claims for defamation, trade libel, interference, and unfair competition. | 1 hour |
| 5. | Chunbo Huang | Facts and circumstances regarding the following: Citcon's business and Huang's role in it, including Citcon's business relationships, practices, policies, and procedures; the development of Citcon's payment products; Hua and Shi's work for Citcon; facts and circumstances relating to RiverPay's counter-claims for defamation, trade libel, interference, and unfair competition; facts and circumstances relating to Shi's counter-claims for breach of contract and breach of the covenant of good faith and fair dealing. | 2-4 hours |

| NO. | NAME | SUBSTANCE OF TESTIMONY | TIME ESTIMATE |
|---|---|---|---|
| 6. | Wei Jiang | Facts and circumstances regarding the following: Citcon's business and Jiang's role in it, including Citcon's business relationships, practices, policies, and procedures; Jiang's interactions with Zheng and RiverPay; facts and circumstances relating to RiverPay's counter-claims for defamation, trade libel, interference, and unfair competition. | 2-4 hours |
| 7. | Evelyn Yang | Facts and circumstances regarding the following: Citcon's business and Yang's role in it, including Citcon's business relationships, practices, policies, and procedures; Citcon's investigation of the alleged trade secret misappropriation, data leak and/or refund attack; Yang's interactions with Hua and RiverPay; facts and circumstances relating to RiverPay's counter-claims for defamation, trade libel, interference, and unfair competition. | 1-2 hours |
| 8. | Eric Yin | Facts and circumstances regarding the following: Citcon's business and Yin's role in it, including Citcon's business relationships, practices, policies, and procedures; Citcon's investigation of the alleged trade secret misappropriation, data leak and/or refund attack; facts and circumstances relating to RiverPay's counter-claims for defamation, trade libel, interference, and unfair competition. | 1-2 hours |
| 9. | Frank Wang | Facts and circumstances regarding the following: Citcon's business and Wang's role in it; Shi's employment with Citcon; Citcon's investigation of the alleged trade secret misappropriation, data leak and/or refund attack; third party Dino Lab Inc.'s work for Citcon; Citcon's source code. | 1-2 hours |

In addition, defendants and counter-claimants anticipate they may call the following witnesses at trial (other than solely for impeachment or rebuttal, and not including experts):

| NO. | NAME | SUBSTANCE OF TESTIMONY | TIME ESTIMATE |
|---|---|---|---|
| 1. | Bryan Penny | Facts and circumstances relating to RiverPay's counter-claims for defamation, trade libel, interference, and unfair competition. | 30 minutes |
| 2. | Christine Gottlieb | Facts and circumstances relating to RiverPay's counter-claims for defamation, trade libel, interference, and unfair competition. | 30 minutes |
| 3. | Enrico Cairoli | Facts and circumstances relating to RiverPay's counter-claims for defamation, trade libel, interference, and unfair competition. | 30 minutes |
| 4. | Bell Xiang | Facts and circumstances relating to RiverPay's counter-claims for defamation, trade libel, interference, and unfair competition. | 30 minutes |

| NO. | NAME | SUBSTANCE OF TESTIMONY | TIME ESTIMATE |
|---|---|---|---|
| 5. | Gonzalo Munoz | Facts and circumstances relating to RiverPay's counter-claims for defamation, trade libel, interference, and unfair competition. | 30 minutes |
| 6. | Mimi Lain | Translation of Chinese-language documents to English. | 15-20 minutes |

### III. COUNTER-DEFENDANTS' WITNESS LIST.

| NO. | NAME | SUBSTANCE OF TESTIMONY | TIME (Hr.) |
|---|---|---|---|
| 14. | Eric Yin | RiverPay's false advertisement re WeChatPay and Citcon's investigation | 1.0 |
| | Cross & Redir | | 0.2 |
| 15. | Wei Jiang | RiverPay's false advertisement re WeChatPay; Citcon's investigation; Citcon's report to WeChat re RiverPay; Citcon's representation to merchants re RiverPay. | 2.0 |
| | Cross & Redit | | 0.5 |
| | | Total | 3.7 |

DATED: November 5, 2019  LILAW, INC.

/s/ James Li
J. JAMES LI
ANDREW M. PIERZ

Attorneys for Plaintiff and Cross-Defendants

DATED: November 5, 2019  McMANIS FAULKNER

/s/ Christine Peek
CHRISTINE PEEK

Attorneys for Defendants and Cross-Complainants

4

JOINT WITNESS LIST; Case No. 5:18-cv-02585-NC