| | |
|---|---|
| LiLaw Inc., a Law Corporation<br>J. James Li, Ph.D. (SBN 202855)<br>Email: lij@lilaw.us<br>Andrew M. Pierz (SBN 292970)<br>5050 El Camino Real, Suite 200<br>Los Altos, California 94022<br>Telephone: (650) 521-5956<br>Facsimile: (650) 521-5955<br><br>Attorneys for Plaintiff and Counter-Defendant Citcon USA LLC, and Counter-Defendant Wei Jiang | JAMES McMANIS (40958)<br>ELIZABETH PIPKIN (243611)<br>CHRISTINE PEEK (234573)<br>CHRISTOPHER ROSARIO (326436)<br>McMANIS FAULKNER<br>a Professional Corporation<br>50 West San Fernando Street, 10th Floor<br>San Jose, California 95113<br>Telephone:   (408) 279-8700<br>Facsimile:    (408) 279-3244<br>Email:         epipkin@mcmanislaw.com<br><br>Attorneys for Defendants and Counter-Claimants, RiverPay Inc., a Canadian corporation, RiverPay, Inc., a Delaware corporation, and Kenny E Shi, and defendant Yue ("York") Hua |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, YUE HUA, a.k.a., YORK HUA, an individual, KENNY E SHI, an individual, and DOES 1 through 20,<br><br>            Defendants.<br><br>RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, and KENNY E SHI, an individual,<br><br>            Counter-Claimants,<br><br>      v.<br><br>CITCON USA, LLC, a California limited liability company, WEI JIANG, an individual, and DOES 1 through 20,<br><br>            Counter-Defendants. | Case No. 5:18-cv-02585-NC<br><br>**JOINT SUBMISSION OF PROPOSED SUMMARY OF CASE STATEMENTS**<br><br>**Pretrial Conf.**: November 20, 2019<br>**Time**:          2:00 p.m.<br>**Ctrm**:          5, 4th Floor<br>**Judge**:         The Hon. Nathanael Cousins<br><br>**Trial Date**:    December 9, 2019 |

JOINT SUBMISSION OF PROPOSED SUMMARY OF CASE STATEMENTS; Case No. 5:18-cv-02585-NC

Pursuant to Section VIII of ECF 169, the parties jointly submit the attached proposed summary of case statements:

1. Attached as Exhibit A is plaintiff's and counter-defendants' proposed summary of case statement.

2. Attached as Exhibit B is defendants' and counter-claimants' proposed summary of case statement.

DATED:  November 6, 2019

LILAW, INC.

J. James Li, Ph.D.
J. JAMES LI
ANDREW M. PIERZ

Attorneys for Plaintiff and Cross-Defendants

DATED:  November 6, 2019

McMANIS FAULKNER

/s/  Christine Peek
CHRISTINE PEEK

Attorneys for Defendants and Cross-Complainants