Citcon's Case Summary

Plaintiff Citcon USA LLC is a technology company based in Santa Clara, California. Citcon has a payment system that allows merchants in the North American to use popular Chinese payment systems especially Alipay and WeChatPay to accept payments for goods and services.

Defendant RiverPay, which refers collectively to two corporate defendants both named RiverPay Inc., is also in the business of handling Alipay and WeChatPay in North America. Individual defendant Yue Hua or York Hua is RiverPay's President and Board Director. York Hua used to be Citcon's Head of Operations and Products. Individual defendant Kenny Shi is RiverPay's head of engineering. Kenny Shi used to be Citcon's Vice President of Engineering.

Alipay and WeChatPay are similar to the credit card system except they allow the consumers to pay the merchants by using their mobile phones. The payment handling companies like Citcon and RiverPay have a payment system consisted of the so-called backend software, which sits on the company's severs, and a front-end small machine called POS device. POS stands for "point of sale" which basically means the store or other location where the sale happens. A payment company like Citcon and RiverPay provides POS devices to their merchant clients so that the latter can allow their customers to use cellphones to scan the merchants' QR codes shown on the POS devices, which triggers the payment company's software system to receive payment on behalf of the merchant from the customer's Alipay or WeChatPay account. The software system also handles the foreign exchange and other matters related to the payment and then provides the payment to the merchant by deducting a small percentage service fee.

Citcon alleges that Defendants conspired to misappropriate Citcon's trade secrets. The allegedly misappropriated trade secrets include the source code underlying Citcon's payment system, as well as customers information, sales information and POS device design. Citcon also claims conversion of funds by Defendants through the so-called refund attack where Citcon's confidential merchant client information was used to generate refunds to customers who did not request refunds and did not return the goods or services purchased, thus causing Citcon financial loss. Citcon also claims conversion of a POS device by York Hua. Citcon alleges that York Hua took a Citcon POS device home and refused to return it when he left Citcon. Defendants deny any wrongdoings. Particularly, Defendants claim that they started RiverPay's payment business by using a set of source code obtained from Dino Lab, a former Citcon's programming contractor, and that Dino Lab, not Citcon owns the source code.

Defendant RiverPay countersues Citcon and its President, Wei Jiang, for trade libel, defamation, intentional interference with contract relations, and intentional interference with prospective economic relations, for alleged statements that Citcon and Wei Jiang made to third parties regarding RiverPay's U.S. registration for WeChatPay. Citcon and Wei Jiang deny any wrongdoing. Citcon claims that the only thing they said to a third party in this regard was the truth that RiverPay does not have U.S. registration of WeChatPay.

Defendant Shi countersues Citcon for not providing him with the stock options under a stock purchase agreement. Citcon claims that the stock options are forfeited under the agreement because of Shi's wrongdoing toward the Citcon.