1  JAMES McMANIS (40958)
   ELIZABETH PIPKIN (243611)
2  CHRISTINE PEEK (234573)
   CHRISTOPHER ROSARIO (326436)
3  McMANIS FAULKNER
   a Professional Corporation
4  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
5  Telephone:     (408) 279-8700
   Facsimile:     (408) 279-3244
6  Email:         epipkin@mcmanislaw.com

7  Attorneys for Defendants and Counter-
   Claimants, RiverPay Inc., a Canadian
8  corporation, RiverPay, Inc., a Delaware
   corporation, and Kenny E Shi, and defendant
9  Yue ("York") Hua

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13 | CITCON USA LLC,                                    | Case No. 5:18-cv-02585-NC
14 |          Plaintiff,                                | **DEFENDANTS' AND COUNTER-CLAIMANTS' PROPOSED SUMMARY OF CASE STATEMENT**
15 |     v.                                             |
16 | RIVERPAY INC., a Canadian corporation,              |
   | RIVERPAY, INC., a Delaware corporation,            |
17 | YUE HUA, a.k.a., YORK HUA, an individual,          | **Pretrial Conf.**: November 20, 2019
   | KENNY E SHI, an individual, and DOES 1             | **Time**:        2:00 p.m.
18 | through 20,                                        | **Ctrm**:        5, 4th Floor
   |                                                    | **Judge**:       The Hon. Nathanael Cousins
19 |          Defendants.                               |
20                                                      | **Trial Date**:  December 9, 2019

21 | RIVERPAY INC., a Canadian corporation,
   | RIVERPAY, INC., a Delaware corporation,
22 | and KENNY E SHI, an individual,

23 |          Counter-Claimants,

24 |     v.

25 | CITCON USA, LLC, a California limited
   | liability company, WEI JIANG, an individual,
26 | and DOES 1 through 20,

27 |          Counter-Defendants.

28

---

DEFENDANTS' AND COUNTER-CLAIMANTS' PROPOSED SUMMARY OF CASE STATEMENT; Case No. 5:18-cv-02585-NC

# SUMMARY OF THE CASE

This is a civil action for damages arising out of a series of business disputes between the parties.

The plaintiff is Citcon USA LLC, a California limited liability company ("Citcon"). Defendants are RiverPay, Inc., a Delaware corporation, and its subsidiary, RiverPay Inc., a Canadian corporation (which will be referred to jointly as "RiverPay"), Yue Hua, who also goes by York Hua, and Kenny E Shi. Citcon alleges claims for trade secret misappropriation, as well as a claim for conversion of funds, against all defendants. Citcon alleges a claim for conversion of a point-of-sale device against RiverPay and Hua. Defendants deny these claims.

RiverPay and Kenny E Shi have alleged counterclaims against Citcon and its employee, Wei Jiang. RiverPay alleges claims for trade libel, defamation, interference with contract, and interference with prospective economic advantage against Citcon and Jiang. Shi alleges claims for breach of contract and breach of the implied covenant of good faith and fair dealing against Citcon. Citcon and Jiang deny these claims.

Citcon and Jiang are represented by J. James Li and Andrew M. Pierz of LiLaw Inc. RiverPay, Hua, and Shi are represented by Elizabeth Pipkin, Christine Peek, and Marwa Elzankaly of McManis Faulkner.

DATED: November 6, 2019

McMANIS FAULKNER

/s/ Christine Peek
CHRISTINE PEEK

Attorneys for Defendants and Cross-Complainants