**Juror Survey**

**Please do not discuss this survey with anyone.**

    This information is asked so that the court may select a fair jury to decide a civil lawsuit. Please answer each question as completely and as accurately as you can, without discussing your answers with anyone.  Sign and date the last page.  If there is not enough space for your answer, please use the extra space on the last page.  Some of the questions may call for information of a personal nature that you do not wish to discuss in public.  If you feel any question requires an answer that is too private to be discussed in public, you may request a private hearing by writing "private" in the space provided for your answer.  The completed survey will be shared with the judge, court staff, attorneys, and parties to the lawsuit, and is a public record open to public inspection.  Thank you for your cooperation.

1. Your name: _____

2. City that you live in now: _____

3. Occupation: _____

4. Age: _____

5. Relationship status: _____

    a. Is/was your spouse/partner employed?  Yes _____ No _____

    b. If yes, what is the name of his/her most recent employer? _____
   _____

6. Do you have children? _____

    If your children are adults, what are their occupations and, if known, their employers? _____
   _____

7. Are you currently: (circle any that apply)

    a. Employed        c. Student        e. Retired

    b. Unemployed        d. Homemaker

8. If you are currently working, who is your employer? _____

_____

9. What are the names of your employers during the past 5 years?

_____

_____

10. Have you ever worked in the high-tech industry? If yes, who was your employer and what was your position? _____

_____

11. Have you ever worked in a job that required knowledge of (check all that apply):

    _____    Computer Programming

    _____    Law

    _____    Electronic Payment Processing

    _____    Point-of-sale devices

    _____    Engineering

    _____    Hiring and Firing

    _____    Drafting, negotiating or executing contracts

    _____    Working with independent contractors

    _____    Accounting or finance related tasks or responsibilities

12. Have you, or a close friend or close family member, ever worked for any of the following companies?

      \_\_\_\_ Citcon

      \_\_\_\_ RiverPay

      \_\_\_\_ Dino Lab Inc.

      \_\_\_\_ WeChat/Tencent

      \_\_\_\_ Alipay/Ant Financial Services Group

      \_\_\_\_ NihaoPay

      \_\_\_\_ First Data Corporation

      \_\_\_\_ Stripe

      \_\_\_\_ Ayden

      \_\_\_\_ Nordstrom

      \_\_\_\_ Kering

      \_\_\_\_ Prada

      \_\_\_\_ Louis Vuitton (LVMH)

If you checked any of the above boxes, please identify the individual who worked for the company and provide a brief description of their role at the company (if known).

_____

_____

13. Do you have a close friend or close family members who is a lawyer or paralegal? If yes, please identify the individual and describe their employment. _____

14. What was the last grade you completed in school? _____

15. Do you have any specialized training? _____

3

16. Do you have training or experience in any of the following areas? (Check all that apply.)

    _____    Law

    _____    Accounting

    _____    Sales of high technology products

    _____    Executing or negotiating contracts

    _____    Engineering

    _____    Finance

    _____    Electronics

    _____    Computer programming

    _____    Trade secrets

17. Please check which terms below (if any) you are familiar:

    Source Code _____

    Source Code Repository _____

    NDA _____

    Coding _____

    Intellectual Property _____

    Confidentiality Agreements _____

    Version Control _____

    Subversion _____

    Github _____

    Algorithm _____

    Trade Secrets _____

    AliPay _____

    WeChat Pay _____

    UnionPay _____

If you are familiar with any of these terms, how did you become familiar with them?

_____

18. Have you ever paid for something using a mobile device by scanning a QR code? \_\_\_\_\_

19. Have you, or someone close to you, ever sued anyone? \_\_\_\_\_

    If yes, were you satisfied with the outcome? \_\_\_\_\_

20. Have you, or someone close to you, ever been sued? \_\_\_\_\_

    If yes, were you satisfied with the outcome? \_\_\_\_\_

21. Describe one of your skills or experiences that would help make you a fair juror:

    _____

22. Have you ever served as a juror on a criminal or civil case? \_\_\_\_\_

    a. Did the jury (or juries) reach a verdict? \_\_\_\_\_

    b. Was the verdict (or verdicts) unanimous? \_\_\_\_\_

    c. Have you ever been picked as the jury foreperson? \_\_\_\_\_

    d. How much did you enjoy being a juror (circle one)

    Not at all     Not much     Somewhat     Quite a bit

23. Describe one of your favorite books, movies, or television shows:

    _____

24. Describe one of your hobbies or strong interests:

    _____

25. Have you or someone close to you ever participated in the legal system as a witness or as an expert? \_\_\_\_\_ If yes, please explain _____

26. Have you ever started your own business? \_\_\_\_\_ If yes, please explain _____

27. Have you ever owned or operated your own business? _____

    If yes, please describe the type of business and dates owned or operated:
    _____

28. Have you or anyone close to you ever been involved in a dispute over a trade secret?

    If yes, please describe the dispute and how it was resolved:
    _____
    _____

29. One or more of the witnesses and attorneys in this case may be an immigrant to the United States from another nation. Do you have any strongly held belief that would cause you to favor or disfavor a person with this background? If yes, please describe your belief and what it is based upon.

    _____
    _____

30. One or more of the witnesses in this case may not be a citizen of the United States. Do you have any strongly held belief that would cause you to favor or disfavor a person with this background? If yes, please describe your belief and what it is based upon.

    _____
    _____

31. One or more of the witnesses in this case may communicate in a Chinese-language dialect. Do you have any strongly held belief that would cause you to favor or disfavor a person with this background? If yes, please describe your belief and what it is based upon.

_____

_____

32. One or more of the witnesses in this case may appear to be of Chinese nationality and/or ethnicity. Do you have any strongly held belief that would cause you to favor or disfavor a person with this background? If yes, please describe your belief and what it is based upon.

_____

_____

33. Do you speak any languages other than English? _____ Which one(s)? _____

_____

   Do you speak any Chinese dialect? _____ If so, which one(s)? _____

34. Will you be able to sit for long periods of time and to see and hear the evidence presented during the trial? If no, please describe how the Court might assist you to participate in the trial as a juror: _____

35. Describe any extreme hardship that would prevent you from serving as a juror from now until December 20, 2019, from 9:00 a.m. to 4:00 p.m. Monday through Friday, with a lunch break.

_____

_____

36. The judge will instruct you further on your duties as a juror and on the law to follow in reaching a verdict. Will you follow the judge's instructions, even if you disagree with them? If not, please explain.

_____

_____

37. Please circle any of the following persons with whom you are acquainted.

   a. Yue ("York") Hua

   b. Kenny E Shi

   c. Ran ("Ryan") Zheng

   d. Fangwei ("Simon") Han

   e. Chunbo ("Chuck") Huang

   f. Wei Jiang

   g. Jiang ("Evelyn") Yang

   h. Xu ("Eric") Yin

   i. Shaohua ("Frank") Wang

   j. Nick Ferrara

   k. Dean Sirovica

   l. Dominic M. Persechini

   m. Russell Mangum III

   n. Mark Eskridge

   o. Michael Kunkel

   p. J. James Li

   q. Andrew M. Pierz

    r. Elizabeth Pipkin

    s. Christine Peek

    t. Marwa Elzankaly

    u. Christopher Rosario

    v. Nathanael Cousins

38. Is there any other information that you would like the judge, parties, and attorneys to know about you in evaluating your ability to be a fair and impartial juror?

_____

_____

_____

[please continue to next page]

## EXTRA EXPLANATION SPACE

**If you would like to elaborate on any of your answers, please do so in the space below.**

**Please indicate the number of the question you are explaining.**

I declare under penalty of perjury that my answers to this jury survey are true, correct, and complete.

Dated: _____  _____
                                        Juror Signature