# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: **18-cv-02585 NC**
Case Name:  Citcon USA v. RiverPay, Inc., et al

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF'S ATTORNEY: | DEFENSE ATTORNEYS: |
|---|---|---|
| **Nathanael Cousins** | **James Li, Andrew Pierz** | **Elizabeth Pipkin, Christina Peek** |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| **December 10, 2019** | **Irene Rodriguez** | **Lili M. Harrell** |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:02am | | | Court convenes with Counsel – preliminary matters discussed without Jury present |
| | | 9:05am | | | Jury present |
| | | 9:06am | | | Plaintiff's Opening Statement |
| | | 9:50am | | | Defendants' Opening Statement |
| | | 10:22am | | | Recess |
| | | 10:33am | | | Court reconvenes with Jury present |
| | | 10:34am | | | Witness **Chumbo Huang** sworn. Direct by James Li |
| | | 10:54am | x | | 471 (Demonstrative) |
| | | 11:00am | X | X | Exh. 320 |
| | | 11:07am | X | X | Exh. 316 |
| | | 11:11am | X | X | Exh. 319A |
| | | 11:11am | X | X | Exh. 319B |
| | | 11:18am | X | X | Exh. 309 |
| | | 11:19am | X | X | Exh. 317 |
| | | 11:21am | X | X | Exh. 310 |
| | | 11:32am | X | X | Exh. 313A |
| | | 11:40am | X | X | Exh. 318A |
| | | 11:41am | X | X | Exh. 318B |
| | | 11:42am | x | | 474 (Demonstrative) |
| | | 12:05pm | x | | Exh. 305 |
| | | 12:07pm | | | Jury excused for lunch Proceedings continue with Court and Counsel regarding exhibits |
| | | 12:15pm | x | | Exh. 318C |
| | | 12:23pm | | | Lunch break |

## TRIAL LOG CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 1:08pm | | | Court reconvenes with Jury present<br>Continued direct examination of **Witness Huang** |
| | | 1:20pm | x | | Exh. Nos. 332, 334, 336, 338, 340, 342, 344, 346, 347, 349, 351, 353, 355, 357, 359, 361, 363, 365, 367, 369, 371, 372, 374, 376, 378, 380, 382, 383, 385, 387, 389, 391, 393, 395, 397, 399, 401, 403, 406, 408, 410, 412, 414, 416, 418, 420, 422, 424, 426, 428, 430, 432, 434, 436, 438, 440, 442, 444, 446, 448, 450, 452, 455 |
| | | 1:25pm | x | | 141, 142, 143 |
| | | 1:38pm | x | | Exh. 4 |
| | | 1:40pm | X | X | Exh. 3 |
| | | 1:51pm | X | X | Exh. 5 |
| | | 2:01pm | X | X | Exh. 468 |
| | | 2:11pm | X | X | Exh. 103 |
| | | 2:15pm | X | X | Exh. 38 |
| | | 2:32pm | X | X | Exh. 13 |
| | | 2:33pm | X | X | Exh. 39 |
| | | 2:37pm | X | X | Exh. 287 |
| | | 2:40pm | | | Jury excused for break<br>Proceedings continue with Court and Counsel regarding exhibits |
| | | 2:47pm | | | Recess |
| | | 2:55pm | | | Court reconvenes with Jury present |
| | | 2:56pm | X | X | Exh. 286 |
| | | 3:05pm | x | | Exh. 111 |
| | | 3:08pm | X | X | Exh. 285 |
| | | 3:18pm | X | X | Exh. 35 |
| | | 3:30pm | | | Cross-examination by Christine Peek |
| | | 3:50pm | x | | Exh. 91 |
| | | 4:03pm | | | Jury admonished and excused for the day.<br>Court and Counsel discuss further schedule. |
| | | 4:09pm | | | Court adjourned and Further Jury Trial set for December 11, 2019 at 9:00 a.m. |
| | | | | | |