1  JAMES McMANIS (40958)
   ELIZABETH PIPKIN (243611)
2  CHRISTINE PEEK (234573)
   McMANIS FAULKNER
3  a Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:    (408) 279-8700
5  Facsimile:    (408) 279-3244
   Email:        epipkin@mcmanislaw.com
6
   Attorneys for defendants and counter-claimants,
7  RiverPay Inc., a Canadian corporation,
   RiverPay, Inc., a Delaware corporation,
8  and Kenny E Shi, and defendant Yue ("York") Hua

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12 | CITCON USA LLC,                              | Case No. 5:18-cv-02585-NC
13 |              Plaintiff,                      |
                                                  | **NOTICE OF MOTION AND MOTION TO
14 |     v.                                       | WITHDRAW AS COUNSEL FOR
                                                  | RIVERPAY, INC., a Canadian
15 | RIVERPAY INC., a Canadian corporation,       | Corporation, AND RIVERPAY, INC., a
    RIVERPAY, INC., a Delaware corporation,       | Delaware Corporation**
16 | YUE HUA, a.k.a., YORK HUA, an individual,    |
    KENNY E SHI, an individual, and DOES 1        | **Date**:   February 26, 2020
17 | through 20,                                   | **Time**:   1:00 p.m.
                                                  | **Ctrm**:   5, 4th Floor
18 |              Defendants.                     | **Judge**:  The Hon. Nathanael Cousins

19

20
   RIVERPAY INC., a Canadian corporation,
21 RIVERPAY, INC., a Delaware corporation,
   and KENNY E SHI, an individual,
22
                Counter-Claimants,
23
         v.
24
   CITCON USA, LLC, a California limited
25 liability company, WEI JIANG, an individual,
   and DOES 1 through 20,
26
                Counter-Defendants.
27

28

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL; Case No. 5:18-cv-02585-NC

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT on February 26, 2020, at 1:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Nathanael M. Cousins, in Courtroom 5 – 4th Floor, of the above referenced court, movants Elizabeth Pipkin, Christine Peek, Marwa Elzankaly, Johanna Oh, and all counsel of record from McManis Faulkner, will and hereby do move for an order permitting movants to withdraw as counsel of record for defendants and counter-claimants, RiverPay, Inc., a Delaware corporation, and RiverPay Inc., a Canadian Corporation.

This motion is based upon this notice and motion and motion, the supporting Declaration of Elizabeth Pipkin, the attached Memorandum of Points and Authorities, all pleadings, papers and evidence on file in this matter, and any other such matters as the Court may consider at the time of the hearing on this motion.

DATED:  January 10, 2020

McMANIS FAULKNER

/s/ Elizabeth Pipkin
ELIZABETH PIPKIN

1
NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL; Case No. 5:18-cv-02585-NC

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 11-5, Elizabeth Pipkin, Christine Peek, Marwa Elzankaly, Johanna Oh, and all counsel of record from McManis Faulkner, counsel for defendants and cross-complainants, RiverPay, Inc., a Delaware corporation, and RiverPay Inc., a Canadian Corporation ("Defendants") hereby move this Court to permit McManis Faulkner to withdraw as attorneys of record for Defendants because circumstances have arisen that make it unreasonably difficult for McManis Faulkner to carry out the representation.  California Rules of Professional Conduct, Rule 1.16(b)(4) and (5).  Specifically, Defendants have breached the agreement of representation with respect to the payment of fees.  It will impose a substantial hardship on McManis Faulkner to continue representation of Defendants without payment.

On January 8, 2020, McManis Faulkner notified Defendants that it would file this motion absent Defendants' compliance with the agreement of representation on or before January 10, 2020.

For the reasons set forth herein, this Court should grant movants' request to withdraw as attorney of record for defendants and cross-complainants, RiverPay, Inc., a Delaware corporation, and RiverPay Inc., a Canadian Corporation.

DATED: January 10, 2020

McMANIS FAULKNER

/s/ Elizabeth Pipkin
ELIZABETH PIPKIN

Attorneys for Defendants and Counter-Claimants