JAMES McMANIS (40958)
ELIZABETH PIPKIN (243611)
CHRISTINE PEEK (234573)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:         epipkin@mcmanislaw.com

Attorneys for defendants and counter-claimants,
RiverPay Inc., a Canadian corporation,
RiverPay, Inc., a Delaware corporation,
and Kenny E Shi, and defendant Yue ("York") Hua

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, YUE HUA, a.k.a., YORK HUA, an individual, KENNY E SHI, an individual, and DOES 1 through 20,<br><br>            Defendants.<br><br>RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, and KENNY E SHI, an individual,<br><br>            Counter-Claimants,<br><br>    v.<br><br>CITCON USA, LLC, a California limited liability company, WEI JIANG, an individual, and DOES 1 through 20,<br><br>            Counter-Defendants. | Case No.:   5:18-cv-02585-NC<br><br>**DECLARATION OF ELIZABETH PIPKIN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR RIVERPAY, INC., a Canadian Corporation, AND RIVERPAY, INC., a Delaware Corporation**<br><br>**Date**:   February 26, 2020<br>**Time**:   1:00 p.m.<br>**Ctrm**:   5, 4th Floor<br><br>**Judge**:   The Hon. Nathanael Cousins |

DECLARATION OF ELIZABETH PIPKIN ISO MOTION TO WITHDRAW; Case No. 5:18-cv-02585-NC.

I, Elizabeth Pipkin, declare:

1. I am an attorney at law duly licensed to practice before the United States District Court for the Northern District of California. I am a partner at McManis Faulkner, attorneys of record for defendants RiverPay Inc., a Canadian Corporation, and RiverPay, Inc., a Delaware corporation (collectively referred to as "Defendants"), in the above-entitled action. I submit this declaration in support of the motion to withdraw as counsel of record for Defendants. This declaration is based upon my own personal knowledge, and, if called as a witness to testify to the matters asserted herein, I could testify competently.

2. Circumstances have arisen that make it unreasonably difficult for McManis Faulkner to carry out the representation. Specifically, Defendants have breached the agreement of representation with respect to the payment of legal fees. It will impose a substantial hardship on McManis Faulkner to continue representation of Defendants without payment.

3. On January 8, 2020, McManis Faulkner notified Defendants that it would file this motion absent Defendants' compliance with the agreement of representation on or before January 10, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 10, 2020                McMANIS FAULKNER

/s/ Elizabeth Pipkin
ELIZABETH PIPKIN

---

1
DECLARATION OF ELIZABETH PIPKIN ISO MOTION TO WITHDRAW; Case No. 5:18-cv-02585-NC.