1 | JAMES McMANIS (40958)
ELIZABETH PIPKIN (243611)
2 | CHRISTINE PEEK (234573)
McMANIS FAULKNER
3 | a Professional Corporation
50 West San Fernando Street, 10th Floor
4 | San Jose, California 95113
Telephone:  (408) 279-8700
5 | Facsimile:   (408) 279-3244
Email:       epipkin@mcmanislaw.com

Attorneys for defendants and counter-claimants,
RiverPay Inc., a Canadian corporation,
RiverPay, Inc., a Delaware corporation,
and Kenny E Shi, and defendant Yue ("York") Hua

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVERPAY INC., a Canadian corporation,<br>RIVERPAY, INC., a Delaware corporation,<br>YUE HUA, a.k.a., YORK HUA, an individual,<br>KENNY E SHI, an individual, and DOES 1 through 20,<br><br>　　　　Defendants. | Case No.: 5:18-cv-02585-NC<br><br>**SUPPLEMENTAL DECLARATION OF ELIZABETH PIPKIN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR RIVERPAY INC., A CANADIAN CORPORATION, AND RIVERPAY, INC., A DELAWARE CORPORATION**<br><br>**Date**:　February 26, 2020<br>**Time**:　1:00 p.m.<br>**Ctrm**:　5, 4th Floor<br>**Judge**:　The Hon. Nathanael Cousins |
| RIVERPAY INC., a Canadian corporation,<br>RIVERPAY, INC., a Delaware corporation,<br>and KENNY E SHI, an individual,<br><br>　　　　Counter-Claimants,<br><br>　　v.<br><br>CITCON USA, LLC, a California limited liability company, WEI JIANG, an individual, and DOES 1 through 20,<br><br>　　　　Counter-Defendants. | |

SUPP. DECL. OF ELIZABETH PIPKIN ISO MOTION TO WITHDRAW; Case No. 5:18-cv-02585-NC

I, Elizabeth Pipkin, declare:

1. I am an attorney at law duly licensed to practice before the United States District Court for the Northern District of California. I am a partner at McManis Faulkner, attorneys of record for defendants and counter-claimants RiverPay Inc., a Canadian corporation, RiverPay, Inc., a Delaware corporation, and Kenny E Shi, and defendant Yue ("York") Hua, in the above-entitled action. I submit this supplemental declaration in support of the motion to withdraw as counsel of record for defendants and counter-claimants RiverPay Inc., a Canadian corporation, and RiverPay, Inc., a Delaware corporation. This declaration is based upon my own personal knowledge, and, if called as a witness to testify to the matters asserted herein, I could testify competently.

2. On January 10, 2020, McManis Faulkner and all of its attorneys who have appeared in this action filed a motion to withdraw as counsel for defendants and counter-claimants RiverPay Inc., a Canadian corporation, and RiverPay, Inc., a Delaware corporation. The motion was made on the grounds that circumstances had arisen that make it unreasonably difficult for McManis Faulkner to carry out the representation, specifically, that defendants had breached the agreement of representation with respect to the payment of legal fees.

3. Since January 10, 2020, the circumstances have not improved with respect to defendants' failure to pay, and breach of their agreement to pay legal fees. Our office devoted a substantial amount of resources to the trial in this matter, for which we have not received payment. It will impose a substantial hardship on McManis Faulkner to continue representation without payment.

4. McManis Faulkner previously provided notice that it would file a motion to withdraw from representation of the RiverPay corporate defendants absent compliance with the agreement of representation on or before January 10, 2020. On January 11, 2020, I sent a copy of our moving papers for this motion by email to Yue Hua. On January 31, 2020, McManis Faulkner provided further written notice that RiverPay Inc., a Canadian corporation and RiverPay, Inc., a Delaware corporation must obtain substitute counsel in this action.

///

5. Attached as **Exhibit A** is a true and correct copy of a proof of service for the moving, opposition, and reply papers for this motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  January 31, 2020               McMANIS FAULKNER

                                       /s/ Elizabeth Pipkin
                                       ELIZABETH PIPKIN

**EXHIBIT A**

1  JAMES McMANIS (40958)
   ELIZABETH PIPKIN (243611)
2  CHRISTINE PEEK (234573)
   CHRISTOPHER ROSARIO (326436)
3  McMANIS FAULKNER
   a Professional Corporation
4  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
5  Telephone:    (408) 279-8700
   Facsimile:    (408) 279-3244
6  Email:        crosario@mcmanislaw.com

7  Attorneys for defendants and counter-claimants,
   RiverPay Inc., a Canadian corporation,
8  RiverPay, Inc., a Delaware corporation,
   Yue Hua, a.k.a. York Hua, and
9  Kenny E Shi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CITCON USA LLC, | Case No.: 5:18-cv-02585-NC |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, YUE HUA, a.k.a., YORK HUA, an individual, KENNY E SHI, an individual, and DOES 1 through 20, | |
| Defendants. | |
| RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, and KENNY E SHI, an individual, | |
| Counter-Claimants, | |
| v. | |
| CITCON USA, LLC, a California limited liability company, WEI JIANG, an individual, and DOES 1 through 20, | |
| Counter-Defendants. | |

1
CERTIFICATE OF SERVICE; Case No. 5:18-CV-02585-NC

# CERTIFICATE OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 50 West San Fernando Street, 10th Floor, San Jose, California 95113.  My email address is: eschneider@mcmanislaw.com.

On January 31, 2020, I served the foregoing documents described as:

1. **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR RIVERPAY, INC., A CANADIAN CORPORATION, AND RIVERPAY, INC., A DELAWARE CORPORATION;**

2. **DECLARATION OF ELIZABETH PIPKIN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR RIVERPAY, INC., A CANADIAN CORPORATION, AND RIVERPAY, INC., A DELAWARE CORPORATION;**

3. **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR RIVERPAY, INC., A CANADIAN CORPORATION, AND RIVERPAY, INC., A DELAWARE CORPORATION;**

4. **PLAINTIFF CITCON USA LLC'S AND COUNTER-DEFENDANTS CITCON USA LLC'S AND WEI JIANG'S OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR RIVERPAY INC., A CANADIAN CORPORATION, AND RIVERPAY, INC., A DELAWARE CORPORATION;**

5. **REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR RIVERPAY INC., A CANADIAN CORPORATION, AND RIVERPAY, INC., A DELAWARE CORPORATION;**

6. **SUPPLEMENTAL DECLARATION OF ELIZABETH PIPKIN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR RIVERPAY INC., A CANADIAN CORPORATION, AND RIVERPAY, INC., A DELAWARE CORPORATION**

on the parties in this action by placing a true copy(ies) or the original(s) thereof enclosed in a sealed envelope(s) addressed as follows:

RiverPay Inc. (Canada)
5100 Orbitor Drive, Suite 403
Mississiauga, ON L4W 5R8
Canada

Agent for Service of Process for RiverPay, Inc. (Delaware)
c/o Rocket Lawyer Corporate Services LLC,
2035 Sunset Lake Road, Suite B-2
Newark, DE 19702

Yue "York" Hua
2751 South Norfolk Street, Apt. 211
San Mateo, CA 94403

Kenny E Shi
40943 Rioja Court
Fremont, CA 94539

☒ **(BY CERTIFIED MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above or on the attached service list. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this businesses' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Jose, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 31, 2020           /s/ Elena Schneider
                                  ELENA SCHNEIDER

3
CERTIFICATE OF SERVICE; Case No. 5:18-CV-02585-NC