UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA, LLC,<br>          Plaintiff,<br>    v.<br>RIVERPAY INC., et al.,<br>          Defendants. | Case No. 18-cv-02585-NC<br><br>**ORDER REGARDING DEFENSE COUNSEL'S MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 499 |

Counsel for defendants have moved for permission to withdraw as attorneys of record for RiverPay, Inc., a Delaware corporation, and RiverPay Inc., a Canadian corporation, in this case. Dkt. No. 499. Attorneys Elizabeth Pipkin, Christine Peek, Marwa Elzankaly, Johanna Oh, and all counsel of record from the law firm McManis Faulkner state that circumstances have arisen that make it unreasonably difficult for them to carry out continued representation of the defendants because the defendants have breached their agreement to pay fees. *Id.*

The Court hereby warns the corporate defendants RiverPay, Inc., a Delaware corporation, and RiverPay Inc., a Canadian corporation, that they cannot represent themselves in this action. *See* Civil L.R. 11-1(b) (stating that a "corporation . . . may only appear through a member of the bar of this Court."). If the Court grants McManis Faulkner's motion to withdraw, and the RiverPay entities are not represented by another attorney, then the Court may grant default judgment against both RiverPay entities.

If RiverPay retains a different attorney to represent it in this case, that attorney must file an appearance.

McManis Faulkner is ordered to serve this Order upon its RiverPay clients within 7 days and to file proof of service.

**IT IS SO ORDERED.**

Dated:  February 10, 2020  _____
NATHANAEL M. COUSINS
United States Magistrate Judge

2