# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIVERPAY INC., et al.,<br><br>　　　　　　Defendants. | Case No. 18-cv-02585-NC<br><br>**ORDER REGARDING COMMUNICATION FROM YORK HUA** |

The Court received a letter from defendant York Hua dated February 12, 2020, that does not appear to have been served on the plaintiff and was not filed in the ECF system. The Court cannot consider this ex parte communication. If Mr. Hua would like to present any information to the Court, he is invited to do so at the upcoming hearing in this case on February 26, 2020, at 1:00pm in Courtroom 5, at the San Jose United States Courthouse. He may also file materials in the ECF system through his attorneys.

**IT IS SO ORDERED.**

Dated: February 13, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge