UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>RIVERPAY, INC., et al.,<br><br>         Defendants. | Case No.18-cv-02585 -NC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on February 13, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Yue Hua
c/o RiverPay, Inc.
3900 NewPark Mall Rd., Suite 320
Newark, CA 94560


Dated: February 13, 2020


                                          Susan Y. Soong
                                          Clerk, United States District Court


By: _/s/ Lili M. Harrell_____
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS