**LiLaw Inc.**, a Law Corporation
J. James Li, Ph.D. (SBN 202855, lij@lilaw.us)
Andrew M. Pierz (SBN 292970)
Daniel R. Peterson (SBN 326798)
5050 El Camino Real, Suite 200
Los Altos, California 94022
Telephone: (650) 521-5956
Facsimile: (650) 521-5955

Attorneys for Plaintiff Citcon USA LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, YUE HUA, a.k.a., YORK HUA, an individual, KENNY E SHI, an individual, and DOES 1 through 20,<br><br>Defendants. | Case No. 5:18-cv-02585-NC<br><br>**NOTICE OF APPEARANCE** |



**TO THE COURT, THE CLERK, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney from LiLaw Inc. hereby files this Notice of Appearance in the above-captioned case on behalf of Plaintiff Citcon USA and Counter-Defendants Citcon USA LLC and Wei Jiang. All pleadings, motions, discovery, and other material should be served upon counsel at the following address:

Daniel R. Peterson<br>
LiLaw Inc.<br>
5050 El Camino Real Suite 200<br>
Los Altos, CA 94022<br>
Telephone: (650) 521-5956<br>
Facsimile:  (650) 521-5955<br>
Email:  petersond@lilaw.us

Respectfully submitted,

**LILAW INC.**

Dated:  February 21, 2020         By:     /s/ Daniel Peterson

Daniel R. Peterson (SBN 326798)
5050 El Camino Real, Suite 200
Los Altos, California 94022
Telephone: (650) 521-5956
Facsimile:  (650) 521-5955
Email:  petersond@lilaw.us

Attorneys for Plaintiff Citcon USA and
Counter-Defendants Citcon USA LLC and
Wei Jiang

