1

2

3

4

5

6                               UNITED STATES DISTRICT COURT

7                           NORTHERN DISTRICT OF CALIFORNIA

8

9        CITCON USA, LLC,
                                                    Case No. 18-cv-02585-NC
10                      Plaintiff,

11              v.                                  **ORDER GRANTING IN PART AND
                                                    DENYING IN PART
12       RIVERPAY INC., et al.,                     ADMINISTRATIVE MOTIONS TO
                                                    FILE UNDER SEAL**
13                      Defendants.
                                                    Re: Dkt. Nos. 494, 498, 503, 505, 509,
14                                                  511, 516

15              This Order addresses the parties' motions to seal their post-trial briefing.  The Court

16       applies the "compelling reason" standard to the parties' post-verdict briefs and

17       Defendants' motion for judgment as a matter of law at ECF 494, 498, 503, 505, 509, 511,

18       and 516 because these materials go to the heart of the merits of the case.[1]  *Kamakana v.*

19       *City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

20              Under *Kamakana*, the Court **GRANTS** the motions to seal the following materials:

21       ECF 494: Defendants' Proposed Findings of Fact and Conclusions of Law and
         Briefing on Punitive Damages
22
            • D1: all redactions
23
         ECF 503: Citcon and Jiang's Post-Verdict Response Brief
24
            • D1: 5:14
25
            • D2: all redactions
26
            • P1: all redactions
27

28       _____
         [1] ECF 503 is a correct of ECF 498. The Court disregards ECF 498.

United States District Court
Northern District of California

- P2: all redactions

- P3: all redactions

ECF 505: Citcon's Response to Defendants' Post-Trial Brief

- D2: all redactions

ECF 509: Defendants' Motion for Judgment as a Matter of Law

- P1: all redactions

ECF 516: Plaintiff's Opposition to Defendants' Motion for Judgment as a Matter of Law

- P1: all redactions

- D1: all redactions

The Court **DENIES** the motions to seal the following materials:

ECF 494: Defendants' Proposed Findings of Fact and Conclusions of Law and Briefing on Punitive Damages

- D2: all redactions

- P1: all redactions

ECF 503: Citcon and Jiang's Post-Verdict Response Brief

- D1: 11:9, 10, 17, 20, 22

ECF 505: Citcon's Response to Defendants' Post-Trial Brief

- D1: 3:15

- P1: 4:28, 5:1

ECF 511: Defendants' Opposition to Plaintiff's Post-Verdict Brief

- D1: all redactions

- P1: all redactions

The parties must file updated versions of these documents consistent with this Order within 7 days.

**IT IS SO ORDERED.**

Dated:  February 21, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California

2