UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>RIVERPAY INC., et al.,<br><br>        Defendants. | Case No. 18-cv-02585-NC<br><br>**ORDER REGARDING FEE DISPUTE** |

    At the February 26, 2020, hearing on defense counsel's motion to withdraw, defense counsel McManis Faulkner and defendant York Hua referenced a fee dispute. The Court wishes to provide McManis Faulkner, Mr. Hua, and defendants RiverPay and Kenny Shi with information about the Santa Clara County Bar Association's Fee Arbitration Program, which exists to provide an informal, confidential forum for resolving fee disputes between lawyers and their clients. Details about this Program are available at https://sccba.site-ym.com/page/feedispute. Defense counsel is ordered to serve this Order upon its clients within two days.

    **IT IS SO ORDERED.**

Dated: February 26, 2020

                                             NATHANAEL M. COUSINS<br>                                             United States Magistrate Judge