JAMES McMANIS (40958)
ELIZABETH PIPKIN (243611)
CHRISTINE PEEK (234573)
CHRISTOPHER ROSARIO (326436)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email:       crosario@mcmanislaw.com

Attorneys for defendants and counter-claimants,
RiverPay Inc., a Canadian corporation,
RiverPay, Inc., a Delaware corporation,
Yue Hua, a.k.a. York Hua, and
Kenny E Shi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RIVERPAY INC., a Canadian corporation,<br>RIVERPAY, INC., a Delaware corporation,<br>YUE HUA, a.k.a., YORK HUA, an individual,<br>KENNY E SHI, an individual, and DOES 1<br>through 20,<br><br>　　　　Defendants. | Case No.:   5:18-cv-02585-NC<br><br>**CERTIFICATE OF SERVICE** |
| RIVERPAY INC., a Canadian corporation,<br>RIVERPAY, INC., a Delaware corporation, and<br>KENNY E SHI, an individual,<br><br>　　　　Counter-Claimants,<br><br>　v.<br><br>CITCON USA, LLC, a California limited<br>liability company, WEI JIANG, an individual,<br>and DOES 1 through 20,<br><br>　　　　Counter-Defendants. | |

1

CERTIFICATE OF SERVICE; Case No. 5:18-CV-02585-NC

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action; my business address is 50 West San Fernando Street, 10th Floor, San Jose, California 95113. My email address is: eschneider@mcmanislaw.com.

On February 27, 2020, I served the foregoing documents described as:

**ORDER REGARDING FEE DISPUTE (Dkt#530)**

on the parties in this action by placing a true copy(ies) or the original(s) thereof enclosed in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| RiverPay Inc. (Canada)<br>5100 Orbitor Drive, Suite 403<br>Mississiauga, ON L4W 5R8<br>Canada | By Mail |
| Agent for Service of Process for RiverPay, Inc. (Delaware)<br>c/o Rocket Lawyer Corporate Services LLC,<br>2035 Sunset Lake Road, Suite B-2<br>Newark, DE 19702 | By Mail |
| Yue "York" Hua<br>Email: yorkhua@gmail.com | By Email |
| Ryan Zheng<br>Chief Executive Officer<br>RiverPay, Inc. (Delaware)<br>Riverpay Inc. (Canada)<br>Email: ryan@riverpayment.com | By Email |
| Fangwei "Simon" Han<br>Director, RiverPay Inc. (Canada)<br>Email: simon@riverpayment.com | By Email |
| Kenny E. Shi<br>40943 Rioja Court<br>Fremont, CA 94539<br>Email: kenny@riverpayment.com | By Email |

☒   **(ELECTRONIC MAIL)** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above or on the attached service list.

///

1  ☒ **(BY MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above or on the attached service list. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this businesses' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Jose, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 27, 2020

ELENA SCHNEIDER