

LiLaw Inc. – A Law Corporation
5050 El Camino Real, Suite 200, Los Altos, CA 94022
Tel. (650) 521-5956 Fax (650) 521-5955 Web: www.lilaw.us
J. James Li, Ph.D. (lij@lilaw.us)

February 28, 2020

Hon. Nathanael M. Cousins
United States Magistrate Judge
United States District Court, Northern District of California
280 South 1st Street
San Jose, CA 95113

VIA ELECTRONIC FILING

**LETTER RE: ORDER GRANTING IN PART AND DENYING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (ECF 526)**

*Citcon USA LLC v. RiverPay Inc. et al.*, Case No. 18-cv-02585-NC

Dear Judge Cousins:

In reviewing the Court's Order Granting in Part and Denying in Part Administrative Motions to File Under Seal (ECF 526, the "Order")) we noticed an error that we wish to bring to the Court's attention.

Part of the Order rules on administrative motion ECF 505 (the "Motion"). The Court allowed redaction portions of Exhibit B to Li Decl. in support of Citcon's response to Defendants' post-trial brief ("Exhibit B", Order at 2:4. The problem is the Motion never asks for sealing any part of Exhibit B. We received Exhibit B from a third party, Holt Renfrew, without any confidentiality restriction. This is not a document produced under the Protective Order in this case and is not even covered by the Protective Order. Further, the redaction covers the name and position of a Holt Renfrew's manager which is public information available on the Internet. *See* https://www.zoominfo.com/p/Casey-Francis/-1463967882. A copy is attached here for the Court's convenience.

The Motion thus never asks the Court to seal any part of Exhibit B. The "D2" part of ECF 505 was crossed out after meet and confer with the opposing counsel. *See* ECF 505 at 2. Consequently, the entire Exhibit B was filed on the public docket without any redaction on January 17, 2020. ECF 506-1. If the Court questions why we did not move to seal Exhibit B, it was because we had no obligation to do so. Our obligation to file a sealing motion is to seal our own confidential information and confidential information that we received under the protective order from the Defendants or third parties. Because Exhibit B was not

part of any document production and was never marked confidential by Hold Renfrew who provided the document to us through normal correspondences, and because the information is readily available on the Internet, we did not seek to seal any part of Exhibit B. Therefore, we ask the Court to vacate the part of the Order regarding sealing D2 part of the ECF 505 motion because the Motion never asked for such seal.

If the Court is disinclined to vacate the order, we seek instructions as to how to comply with the order. Unlike materials that the motion sought to be placed under seal which were not filed on the public docket, the entire Exhibit B was filed on the public docket without redaction because our motion did not seek to redact any part of it. All this time after the public filing of Exhibit B, Defendants have never raised any issues with the Court or us. Thus, the Order essentially grants something that the Motion never asks for and has been in the public legitimately all this time. It is thus not clear how we can comply with the order.

If the Court chooses to *sue sponte* seal the public information, we ask the Court to issue a new order to allow us to withdraw the previously filed ECF 506-1 and re-file it in accordance with the new order.

Very truly yours,

/s/ J. James Li

J. James Li

LiLaw Inc.

Counsel for Plaintiff Citcon USA LLC

# Attachment




Search

**Need more contacts?** Try out Advanced Search (20+ criteria)

Main Details

Wrong Casey Francis? | Update Profile

# Casey Francis Business Profile

Divisional Vice President, Finance at Holt Renfrew & Co. Limited

Wrong Casey Francis? | Claim Profile

**Location:** 50 Bloor St. West, Toronto, Ontario, Canada

**Company:** Holt Renfrew & Co. Limited

**HQ Phone:** (416) 675-9200

**Email:** c***@***.com Get Email Address

**Direct Phone:** (416) ***-**** Get Phone Number

**Last Updated:** 9/10/2019 2:26 PM

Access Casey's Contact Information

FREE Casey's Direct Phone & Email

Download ZoomInfo's Community Edition and receive Casey's direct phone and email, plus an additional

**10 FREE contacts every month.**





Access Casey's Direct Phone & Email

Start a 14-day free trial

## Additional Contacts at Holt Renfrew & Co. Limited

Mike Richards
Director, Productivity & Expenses

Elena Branch
Senior Buyer

Roberto Arcieri
Interim Supervisor

Nahid Jamani
Manager, Fraud

Jennifer Daubney
Director, Public Relations & Events

Lorenzo Andrea
Divisional Vice President General Manager

Grace Chan
Executive Assistant

Alex Fraser
Total Rewards Analyst

View All (566)

 

Location

50 Bloor St. West

Toronto, Ontario, M4W 3L8

Canada

**Industry**

Retail, Apparel & Accessories Retail, De...More

**Company Description**

Holt Renfrew is a Canadian retailer which was founded in 1837 and is headquartered in Toronto, Ontario. Their products include designer apparel, footwear, accessories, and beauty products for men and women from a variety of luxury fashion brands.

More

## Companies visiting Casey Francis's Profile Most Often

**People from the following companies have visited Casey Francis's profile most often**

LiLaw Inc
3 Employees

Show More

## Similar Profiles

| Profiles with a Similar Job Title and Industry | Profiles with a Similar Job Title and Location | Other People whose last name is Francis |
|---|---|---|
| Saikumar Mamillapalli | Julie Vespi | Lea Francis |
| HBC | Canadian Tire Dealers' Association | Pilatesology |

Travis Hudak

American Eagle Outfitters , Inc.

Karen Humphreys

Spencer Gifts Inc.

Sean O'Connell

Elkhart Brass

Bob Francis

Gaithersburg Church of the Nazarene

Michael Francis

Rollingwood Management Inc

Fadi Francis

Verdigris Technologies Inc

Show More Show More Show More

Get 10 free credits now and preview the data



Sign Up Now

# Browse ZoomInfo’s Directories

Boston | New York City | Houston | Chicago | Los Angeles | Atlanta




 Boston | New York City | Houston | Chicago | Los Angeles | Atlanta

Browse Our Directories

Free Trial Login 866.904.9666

WHAT WE DO

Contact & Company Search

Buyer Intent

Web Research & Social Selling

Automated Intelligence & Outreach

Webform Optimizations

WHO WE HELP

Sales

Marketing

Recruiting

Enterprise

COMPANY

Pricing

About Us

News & Press

Awards

Careers

Contact Us

RESOURCES

Our Data

Blog

Case Studies

Webinars & More

Recipes for Success

DIRECTORY

Update Your Company

Claim Profile

Lead Enrichment

Activity & Pipeline Management

Privacy API

Enterprise API

Integrations

Account Targeting

Database Management

Campaign Optimization

© 2020 Zoom Information, Inc. Privacy Terms & Conditions Cookies Do Not Sell My Info