JAMES McMANIS (40958)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email:       jmcmanis@mcmanislaw.com

Attorneys for Defendants and Counter-Claimants,
RiverPay Inc., a Canadian corporation,
RiverPay, Inc., a Delaware corporation,
and Kenny E Shi, and Defendant Yue ("York") Hua

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, YUE HUA, a.k.a., YORK HUA, an individual, KENNY E SHI, an individual, and DOES 1 through 20,<br><br>  Defendants.<br><br>RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, and KENNY E SHI, an individual,<br><br>  Counter-Claimants,<br><br>  v.<br><br>CITCON USA, LLC, a California limited liability company, WEI JIANG, an individual, and DOES 1 through 20,<br><br>  Counter-Defendants. | Case No. 5:18-cv-02585-NC<br><br>**DECLARATION OF JAMES McMANIS IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR YUE ("YORK') HUA AND KENNY E SHI**<br><br>**Date**:  April 8, 2020<br>**Time**: 1:00 p.m.<br>**Ctrm**: 5, 4th Floor<br>**Judge**: The Hon. Nathanael Cousins |

I, James McManis, declare:

1. I am an attorney at law duly licensed to practice before the United States District Court for the Northern District of California. I am a partner at McManis Faulkner, attorneys of record for defendants and counter-claimants RiverPay Inc., a Canadian Corporation, RiverPay, Inc., a Delaware corporation, and Kenny E Shi, and defendant Yue ("York") Hua, in the above-entitled action. I submit this declaration in support of the motion to withdraw as counsel of record for defendant Hua and defendant and counter-claimant Shi. This declaration is based upon my own personal knowledge, and, if called as a witness to testify to the matters asserted herein, I could testify competently.

2. On January 10, 2020, McManis Faulkner and all of its attorneys who have appeared in this action filed a motion to withdraw as counsel for defendants and counter-claimants RiverPay Inc., a Canadian Corporation, and RiverPay, Inc., a Delaware corporation. The motion was made on the ground that circumstances had arisen that made it unreasonably difficult for McManis Faulkner and its attorneys to carry out the representation. The motion was heard on February 26, 2020.

3. There has been an irremediable breakdown in communications between the firm, Mr. Hua, and Mr. Shi.

4. Since January 10, 2020, circumstances have not changed with respect to defendants' failure to pay, or their failure to communicate.

5. On January 8, 2020, McManis Faulkner notified defendants' companies, RiverPay Inc., a Canadian Corporation, and RiverPay, Inc., a Delaware corporation, that it would file a motion to withdraw, for their non-compliance with the agreement of representation. On January 11, 2020, our office sent a copy of McManis Faulkner's motion to withdraw from representation of the RiverPay corporate defendants by email to Mr. Hua.

///
///
///
///

1
DECLARATION OF JAMES McMANIS ISO MOTION TO WITHDRAW; Case No. 5:18-cv-02585-NC

6. Attached as **Exhibit A** is a true and correct copy of a proof of service for the moving papers for this motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  February 28, 2020                                /s/ James McManis
                                                                              JAMES McMANIS

**EXHIBIT A**

JAMES McMANIS (40958)
ELIZABETH PIPKIN (243611)
CHRISTINE PEEK (234573)
CHRISTOPHER ROSARIO (326436)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email:        crosario@mcmanislaw.com

Attorneys for defendants and counter-claimants,
RiverPay Inc., a Canadian corporation,
RiverPay, Inc., a Delaware corporation,
Yue Hua, a.k.a. York Hua, and
Kenny E Shi

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, YUE HUA, a.k.a., YORK HUA, an individual, KENNY E SHI, an individual, and DOES 1 through 20,<br><br>　　　　Defendants.<br><br>RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, and KENNY E SHI, an individual,<br><br>　　　　Counter-Claimants,<br><br>　　v.<br><br>CITCON USA, LLC, a California limited liability company, WEI JIANG, an individual, and DOES 1 through 20,<br><br>　　　　Counter-Defendants. | Case No.:   5:18-cv-02585-NC<br><br>**CERTIFICATE OF SERVICE** |

1

CERTIFICATE OF SERVICE; Case No. 5:18-CV-02585-NC

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action; my business address is 50 West San Fernando Street, 10th Floor, San Jose, California 95113. My email address is: eschneider@mcmanislaw.com.

On February 28, 2020, I served the foregoing documents described as:

(1) NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR YUE "YORK" HUA AND KENNY E. SHI;
(2) DECLARATION OF JAMES McMANIS IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR YUE "YORK" HUA AND KENNY E. SHI;
(3) [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR YUE "YORK" HUA AND KENNY E. SHI

on the parties in this action by placing a true copy(ies) or the original(s) thereof enclosed in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| RiverPay Inc. (Canada)<br>5100 Orbitor Drive, Suite 403<br>Mississiauga, ON L4W 5R8<br>Canada | By Mail |
| Agent for Service of Process for RiverPay, Inc. (Delaware)<br>c/o Rocket Lawyer Corporate Services LLC,<br>2035 Sunset Lake Road, Suite B-2<br>Newark, DE 19702 | By Mail |
| Yue "York" Hua<br>Email: yorkhua@gmail.com | By Email |
| Ryan Zheng<br>Chief Executive Officer<br>RiverPay, Inc. (Delaware)<br>Riverpay Inc. (Canada)<br>Email: ryan@riverpayment.com | By Email |
| Fangwei "Simon" Han<br>Director, RiverPay Inc. (Canada)<br>Email: simon@riverpayment.com | By Email |
| Kenny E. Shi<br>40943 Rioja Court<br>Fremont, CA 94539<br>Email: kenny@riverpayment.com | By Email |

1  ☒ **(ELECTRONIC MAIL)** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above or on the attached service list.

4  ☒ **(BY MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above or on the attached service list. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this businesses' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Jose, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 28, 2020

_____
ELENA SCHNEIDER