

March 3, 2020

Hon. Nathanael M. Cousins
United States Magistrate Judge
United States District Court, Northern District of California
280 South 1st Street
San Jose, CA 95113

VIA ELECTRONIC FILING

### LETTER RE: NEW EVIDENCE PERTAINING TO PUNITIVE DAMAGES

Re: *Citcon USA LLC v. RiverPay Inc. et al.*, Case No. 18-cv-02585-NC

Dear Judge Cousins:

We recently received a report from our client, Wei Jiang, that RiverPay has been telling many people in the mobile payment industry that the jury verdict in this case is "no big deal" because RiverPay has more than sufficient funds to pay for the damages, and that the trial outcome will not have any impact on RiverPay's operations.

The new information is of significance to the decision on the amount of punitive damages that the Court should award. Although RiverPay's net worth is only one of three factors that determine the level of punitive damages—with the other two factors being the reprehensibility of the conduct and the level of compensatory damages—RiverPay has been taking the position that there should not be any punitive damages simply because of their balance sheet showing zero. This completely contradicts the messages that RiverPay has been sending to the industry. RiverPay's message is one of confidence and defiance, boasting its secure financial position despite the $1.5 million damage award by the jury. This highlights the need to impose significant punitive damages on RiverPay to deter future wrongdoings because RiverPay is obviously not deterred by the compensatory damages.

If the Court considers this information is important to the decision on punitive damages, we will endeavor to seek declarations from the third parties who have the first-hand knowledge of RiverPay's statements which they have conveyed to Mr. Jiang.

Very truly yours,

/s/ J. James Li

J. James Li, Ph.D.

LiLaw Inc.

Counsel for Plaintiff Citcon USA LLC