UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERPAY INC., et al.,<br><br>    Defendants. | Case No. 18-cv-02585-NC<br><br>**ORDER DENYING DEFENDANTS' MOTION TO REOPEN EVIDENCE AND ADDRESSING PLAINTIFF'S LETTER**<br><br>Re: Dkt. Nos. 508, 541 |

In this trade secrets case that concluded with a jury trial and verdict, defendants move to reopen evidence and plaintiffs filed a letter regarding new evidence they wish the Court to consider. Dkt. Nos. 508, 541. Both requests relate to conduct by the parties that allegedly occurred after the jury trial and verdict. The Court may reopen evidence based upon (1) the importance and probative value of the additional evidence; (2) the reasons for the moving party's failure to introduce the evidence at trial; and (3) the possibility of prejudice to the non-moving party. *Kona Tech. Corp. v. S. Pac. Trans. Co.*, 225 F.3d 595, 609 (5th Cir. 2000). Here, the Court DENIES both requests to file additional evidence primarily under the first factor of the *Kona* test because the Court FINDS that this evidence is neither important nor probative.

**IT IS SO ORDERED.**

Dated: March 3, 2020

                                                NATHANAEL M. COUSINS
                                                United States Magistrate Judge