UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITCON USA, LLC,

        Plaintiff,

    v.

RIVERPAY INC., et al.,

        Defendants.

Case No. 18-cv-02585-NC

**ORDER MODIFYING THE COURT'S ORDER ON THE ADMINISTRATIVE MOTIONS TO SEAL**

Re: Dkt. No. 526

The Court hereby VACATES the portion of its order at Dkt. No. 526 that granted sealing of redacted portions of Exhibit B to the Li Declaration attached to Dkt. No. 505, in accordance with the parties' meet and confer resulting in the public filing of Exhibit B and their withdrawal of the motion to seal that material. The parties may adjust their filings in response to its order at Dkt. No. 526 accordingly.

**IT IS SO ORDERED.**

Dated: March 3, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge