# LILAW INC.

**650.521.5956    www.lilaw.us**
1905 Hamilton Ave., Ste 200, San Jose, CA 95125

J. James Li, Ph.D. (lij@lilaw.us)

May 18, 2020

Hon. Nathanael M. Cousins
United States Magistrate Judge
United States District Court, Northern District of California
280 South 1st Street
San Jose, CA 95113

VIA ELECTRONIC FILING

Re: *Citcon USA LLC v. RiverPay Inc. et al.*, Case No. 5:18-cv-02585-NC

Dear Judge Cousins:

Amid the COVID-19 pandemic, we hope everyone at the courthouse is safe and healthy. We understand the Court is closed until the end of May, but is conducting court business remotely.

Our client, Citcon USA LLC ("Citcon") has been inquiring about the status of the pending judgment in the above-captioned case. The jury returned a verdict for Citcon on December 20, 2019. The parties finished their post-verdict briefings on January 17, 2020. Thus, it has been four months since the end of post-trial briefings.

As the Court is aware, Citcon spent significant resources to bring the case to a successful verdict. Five months after the verdict, however, RiverPay is still using the misappropriated software to damage Citcon as if nothing has happened. RiverPay has also been transferring its assets to make it judgment proof according to information from the industry. Thus, delay in issuing judgment is causing significant prejudice to Citcon.

Citcon understands that the Court is busy with other matters and remote working is less efficient. However, Citcon would like us, its counsel, to convey to the Court the urgency of issuing a proper judgment in this case. Thus, we sincerely hope that the Court will issue judgment in this case sooner than later.

Very truly yours,

/s/ J. James Li

J. James Li, Ph.D.
Attorney for Plaintiff Citcon USA and
Counter-Defendants Citcon USA LLC and
Wei Jiang