**LILAW INC.**  650.521.5956   www.lilaw.us
1905 Hamilton Ave., Ste 200, San Jose, CA 95125

J. James Li, Ph.D. (lij@lilaw.us)

June 17, 2020

Hon. Nathanael M. Cousins
United States Magistrate Judge
United States District Court, Northern District of California
280 South 1st Street
San Jose, CA 95113

VIA ELECTRONIC FILING

Re: *Citcon USA LLC v. RiverPay Inc. et al.*, Case No. 18-cv-02585-NC

Dear Judge Cousins:

We apologize to have to write to the Court again regarding the above-captioned matter. Our client, Citcon USA LLC ("Citcon"), would like to report to the Court a recent new development pertinent to the pending judgment in the case.

On May 17, 2020, Ant Financial Services Group, the owner and operator of Alipay, officially terminated the Alipay license of RiverPay and MaplePay, which was announced in a press release on April 17, 2020. *See* https://www.antfin.com/newsDetail.html?id=5e9abce60fa9740e403a08d8.

Citcon learned that this termination was a direct response to RiverPay's malicious attack in early 2020 targeting a major Europe-based payment service partner of Alipay, reminiscent of the malicious attacks perpetrated on Citcon in this case. Ant Financial Services Group even issued a highly unusual press release for the termination.

Thus, Citcon re-states its position that it has been advocating in this case, i.e., RiverPay and its founders are unscrupulous wrongdoers who have deviated far from the business mores for their self-interests.

Also, according to the community intelligence, RiverPay has started to liquidate its assets and transfer the stolen technology to secret new entities to avoid the pending judgment.

Citcon thus again ask the Court to enter the judgment according to the jury verdict and in light of the reasonings put forward by Citcon in its post-verdict briefs.

          Very truly yours

          /s/ J. James Li

          J. James Li, Ph.D.
          LiLaw Inc.
          Counsel for Plaintiff Citcon USA LLC