UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITCON USA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVERPAY, INC., YUE "YORK" HUA, and KENNY E. SHI,<br><br>    Defendants.<br><br>RIVERPAY, INC., and KENNY E. SHI,<br><br>    Counter-Claimants,<br><br>    v.<br><br>CITCON USA, LLC, and WEI JIANG,<br><br>    Counter-Defendants. | Case No. 18-cv-2585-NC<br><br>**JUDGMENT** |

       Plaintiff Citcon filed this case in May 2018. Dkt. No. 1. Defendants RiverPay, Yue "York" Hua, and Kenny Shi filed a counterclaim against Citcon and its executive Wei Jiang, along with a motion to strike and a motion to dismiss. Dkt. Nos. 22, 23, 24. Counter-defendants Citcon and Jiang filed a motion to dismiss the counterclaims. Dkt. No. 34. The Court denied Citcon and Jiang's motion to dismiss. Dkt. No. 49. The Court

granted in part and denied in part the defendants' motion to dismiss and denied the motion to strike, granting Citcon leave to amend the complaint. Dkt. Nos. 52, 54. Citcon filed an amended complaint and the Court again granted in part and denied in part the defendants' motion to dismiss, again granting leave to amend. Dkt. Nos. 58, 63, 64, 98. Citcon filed a Third Amended Complaint and the Court denied the defendants' motion to dismiss. Dkt. Nos. 103, 109, 131.

Citcon's operative complaint was re-filed with appropriate redactions at Dkt. No. 136. The claims that remained in the operative complaint were for trade secret misappropriation, conversion of funds, conversion of a POS device, and unfair competition. Dkt. No. 136. The counterclaims were for trade libel, defamation, interference with contractual relations, interference with prospective economic relations, unfair competition, breach of contract, and breach of the implied covenant of good faith and fair dealing. Dkt. No. 23.

All parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. 636(c). Dkt. Nos. 7, 13.

**I. Plaintiff's Claims**

**A. Claims Dismissed by the Court**

In the parties' motion practice spanning Citcon's three amended complaints, the Court dismissed the following claims without granting leave to amend:

1. Breach of the duty of loyalty against defendants RiverPay, Hua, and Shi.
2. Defamation and trade libel against defendants RiverPay, Hua, Shi, and Hank Miao (who was subsequently dismissed from the case at Dkt. No. 131).
3. Computer fraud and abuse against defendants RiverPay, Hua, and Shi.
4. Intentional interference with contractual relations against defendants RiverPay, Hua, and Shi.
5. Intentional interference with prospective economic relations against defendants RiverPay, Hua, and Shi.
6. Unfair competition against defendants Hua and Shi.

2

Therefore, judgment is hereby entered in favor of the defendants listed above and against plaintiff Citcon as to all of those claims. Dkt. No. 98.

**B. The Operative Complaint Adjudicated by Jury and Bench Trial**

Plaintiff Citcon's operative complaint in this case brought claims for trade secret misappropriation, conversion of funds, conversion of a POS device, and unfair competition. Dkt. No. 136. As to those claims, judgment is hereby entered as follows:

1. Trade secret misappropriation of source code: judgment is entered in favor of plaintiff Citcon and against defendant RiverPay in the amount of $1.5 million. Trial Transcript 959:1–16. Judgment is entered against Citcon and in favor of defendants Hua and Shi.
2. Trade secret misappropriation of POS designs, customer lists, transaction information, and business plans: judgment is entered against plaintiff Citcon and in favor of defendants RiverPay, Hua, and Shi.
3. Conversion of funds: judgment is entered in against plaintiff Citcon and in favor of defendants RiverPay, Hua, and Shi.
4. Conversion of POS device: judgment is entered against plaintiff Citcon and in favor of defendant RiverPay. Judgment is entered in favor of plaintiff Citcon and against defendant Hua in the amount of $301.76.
5. Unfair competition: judgment is entered against plaintiff Citcon and in favor of defendants RiverPay, Hua, and Shi.

**II. Defendants' Counter-Claims**

Defendants and counter-claimants RiverPay and Kenny E. Shi filed a counter-complaint against Citcon and its executive, Wei Jiang, for trade libel, defamation, interference with contractual relations, interference with prospective economic relations, unfair competition, breach of contract, and breach of the implied covenant of good faith and fair dealing.

1. Trade libel: judgment is entered against counter-claimants RiverPay and Shi and in favor of counter-defendants Citcon and Jiang.

2. Intentional interference with contractual relations: judgment is entered against counter-claimants RiverPay and Shi and in favor of counter-defendants Citcon and Jiang.

3. Intentional interference with prospective economic relations: judgment is entered against counter-claimants RiverPay and Shi and in favor of counter-defendants Citcon and Jiang.

4. Unfair competition: judgment is entered against counter-claimants RiverPay and Shi and in favor of counter-defendants Citcon and Jiang.

5. Breach of contract: judgment is entered against counter-defendant Citcon and in favor of counter-claimant Shi in the amount of $29,999.99.  Trial Transcript 1394:22–25.

**C. Conclusion**

In accordance with the Court's orders on the defendants' motions to dismiss the Second Amended Complaint at Dkt. No. 98, the jury's verdict at Dkt. No. 487, and the Court's rulings on the claims brought for bench trial, judgment is entered as detailed above.  The clerk is ordered to terminate Case No. 18-cv-02585-NC.

**IT IS SO ORDERED.**

Dated:  September 8, 2020                    _____
NATHANAEL M. COUSINS
United States Magistrate Judge