**LILAW INC.**
J. James Li (SBN 202855)
Daniel R. Peterson (SBN 326798)
1905 Hamilton Avenue, Suite 200
San Jose, California 95125
Telephone: (650) 521-5956
Facsimile:  (650) 521-5955
Emails: lij@lilaw.us & petersond@lilaw.us

Attorneys for Plaintiff CITCON USA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| CITCON USA LLC, <br><br> Plaintiff, <br> vs. <br><br> RIVERPAY INC., a Canadian corporation, RIVERPAY, INC., a Delaware corporation, YUE HUA, a.k.a., YORK HUA, an individual, KENNY E SHI, an individual, and DOES 1 through 20, <br><br> Defendants. <br><br> Related Counter Claims | **Case No. 5:18-cv-02585-NC** <br><br> **CITCON USA LLC'S NOTICE OF APPEAL** |



Case No. 5:18-cv-02585-NC
NOTICE OF APPEAL

Notice is hereby given that Plaintiff CITCON USA LLC, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following judgment and orders entered in this action:

1. The following provisions of the Judgment entered on September 8, 2020 (ECF # 552):
   a. § I(A)(1)-(3) as well as the related orders dismissing claims without leave to amend.
   b. § I(B)(1), limited to the following portion: "Judgment is entered against Citcon and in favor of defendants Hua and Shi."
   c. § II (5), at 4:9-11;
2. Order on Post-Verdict Briefing; Findings of Fact and Conclusions of Law on Bench Trial Issues Entered on September 8, 2020 (ECF # 550), §§V(A)-(D), VI, VII, IX.
3. Order Denying Citcon's Motion for Leave to File a Motion for Reconsideration entered on February 11, 2019, and filed and Served on February 12, 2019 (ECF # 120).

Pursuant to 9th Cir. R. 3-2, Representation Statement is included in the attachment.

DATED:  October 2, 2020                **LILAW INC.**

By  /s/J. James Li
    _____
    J. James Li
    Attorney for Plaintiff CITCON USA LLC



# ATTACHMENT: REPRESENTATION STATEMENT

Pursuant to 9th Cir. Rule 3-2 and in connection with its notice of appeal, Plaintiff/Appellant CITCON USA LLC, hereby identified the parties and their counsel in this action as listed below:

**A.     Appellant information**

- Appellant: Citcon USA LLC
- Counsel for Appellant: J. James Li, Lilaw Inc., 1905 Hamilton Ave STE 200, San Jose, CA 95125; Telephone: (650)-521-5956; email: lij@lilaw.us
- Counsel is registered for Electronic filing in the 9th Circuit

**B.     Appellee information**

Counsel representing Defendants' in this case has filed motion to withdraw after the trial, which was granted by the Court on September 8, 2020 (ECF # 551). No new counsel for the two corporate defendants has appeared in this case and *pro se* defendants Yue Hua and Kenny Shi have not filed any paper with this Court since the withdrawal order was issued. Therefore, the Appellee/Defendants information provided below are based on the information from Certificate of Services filed by defendants' previous counsel McManis Faulkner when they filed the motion to withdraw as counsel for the defendants (ECF # 23 and 528) or other public information.

1. **Appellee No. 1. Riverpay Inc.,** a Canadian corporation
   a. Address: RiverPay Inc. (Canada), 5100 Orbitor Drive, Suite 403, Mississiauga, ON L4W 5R8, Canada
   b. Telephone: 888-875-4079
   c. Email: Ryan Zheng: ryan@riverpayment.com, CEO for RiverPay Inc.; Fengwei "Simon" Han: Director, RiverPay Inc, simon@riverpayment.com; Yue "York" Hua, yorkhua@gmail.com
   d. Counsel for RiverPay Inc.: None/unknown
2. **Appellee No. 2. RiverPay, Inc.,** a Delaware corporation
   a. Address: Agent for Service of Process for RiverPay, Inc. (Delaware), c/o Rocket

   Lawyer Corporate Services LLC, 2035 Sunset Lake Road, Suite B-2, Newark, DE 19702

   b. Telephone: 888-875-4079

   c. Email: Ryan Zheng: ryan@riverpayment.com, CEO for RiverPay, Inc.; Fengwei "Simon" Han: Director, RiverPay Inc, simon@riverpayment.com; Yue "York" Hua, yorkhua@gmail.com

   d. Counsel for RiverPay, Inc.: None/unknown

3. **Appellee No. 3. Yue "York" Hua,** an individual

   a. Address: unknown

   b. Telephone: unknown

   c. Email: Yue "York" Hua, yorkhua@gmail.com

   d. Counsel for Yue "York" Hua.: None/unknown

4. **Appellee No. 4. Kenny E Shi,** an individual

   a. Address: 40943 Rioja Court, Fremont, Ca 94539

   b. Telephone: unknown

   c. Email: kenny@riverpayment.com


DATED:  October 2, 2020          **LILAW INC.**


                                 By  /s/J. James Li
                                 _____
                                 J. James Li
                                 Attorney for Plaintiff CITCON USA LLC

